FILED

2019 DEC 13 PM 3:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Marilu F. Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
Telephone: 714-745-6799
mtoume2017@aol.com
Attorney for: *In Pro Per*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

SACV19-02412-JLS(JDEx)

| | |
|---|---|
| Marilu F. Touma, | 1. Federal Civil Rights: 42 U.S.C.1981. Nationality, Race, Accent Discrimination. |
| Plaintiff, | 2. Federal Civil Rights: 42 U.S.C.1983. |
| vs. | 3. Federal Civil Rights: 42 U.S.C 1985. |
| 1. The U. S. Equal Employment Opportunity Commission (EEOC) | 4. Invasion of Privacy |
| 2. Rosa Viramontes | 5. Defamation |
| 3. Ramiro Gutierrez | 6 Title II of the Americans with Disabilities (ADA) of 1990 and |
| 4. (Unknown first name) Escobar | 7. Retaliation under The Americans with Disability Act (ADA). |

1. The U. S. Equal Employment Opportunity Commission (EEOC)
2. Rosa Viramontes
3. Ramiro Gutierrez
4. (Unknown first name) Escobar
5. EEOC employee 1 (Unknown name)
6. EEOC employee 2 (Unknown name)
7. EEOC employee 3 (Unknown name)
8. Federal Protective Service
9. (Unknown first name) Lynd
10. Paradom Agency
11. Unknown officer name Paradom
12. Orange County Department of Social Service. In-Home Services (IHSS)
13. Diane Arteaga
14. Erica Sarabia
15. Adult Protective Services
16. Jeff Molina and
17. Does 1 through 10, Inclusive.

Defendant (s)

1. Federal Civil Rights: 42 U.S.C.1981. Nationality, Race, Accent Discrimination.
2. Federal Civil Rights: 42 U.S.C.1983.
3. Federal Civil Rights: 42 U.S.C 1985.
4. Invasion of Privacy
5. Defamation
6 Title II of the Americans with Disabilities (ADA) of 1990 and
7. Retaliation under The Americans with Disability Act (ADA).

CIVIL CASE NO.:

**DEMAND FOR JURY TRIAL**

## I. INTRODUCTION

1.   **I , Marilu Touma,** Plaintiff in this case bring this lawsuit against: The U. S. Equal Employment Opportunity Commission (EEOC); Rosa Viramontes; Ramiro Gutierrez; (Unknown first name) Escobar; EEOC employee 1 (Unknown name); EEOC employee 2 (Unknown name); EEOC employee 3 (Unknown name); Federal Protective Service; (Unknown first name) Lynd; Paradom Security Agency; Unknown officer name; Orange County Department of Social Service In-Home Supportive Services Program (IHSS); Diane Arteaga; Erica Sarabia;  Adult Protective Services (APS); Jeff Molina and Doe 1 through 10, Inclusive. For violations of Constitutional Rights: (1) Nationality, Race, Accent Discrimination under Sections 42 U.S.C.1981; Depravity of "Color of State Law" under 42 U.S.C.1983;  Conspiracy to Deprive Rights under 42 U.S.C.1985; Defamation of Character; Defiance to comply with Title II of the Americans with Disabilities Act; Retaliation under the American with Disability Act (ADA) and Invasion of  Privacy inflicted upon Plaintiff by Defendants.

## II. JURISDICTION

2.   This court has jurisdiction in this lawsuit because one of the defendants is a U. S. Federal Agency/employee and the claims arises under Federal question pursuant  28 U.S.C 1331.

## III. VENUE

3.   Venue is proper in this judicial district as the serious of violations stated in this complaint occurred in this district. Plaintiff' allege as follows:

## IV. PARTIES

4.   Plaintiff, Marilu Touma is an individual who resides in the City of Sherman

Oaks, County of Los Angeles, State of California.

5.  Defendant, **THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMISSION (EEOC)** Los Angeles District Office; located at 255 E. Temple St. 4th Floor Los Angeles CA 90012, is a federal Agency responsible for enforcing federal laws prohibiting employment discrimination that covers the Central and Southern part of California; when through its agents' acts and/or omissions deliberate violated Plaintiff's rights, privilege and immunities that are secured/protected by the U.S Constitution and Federal laws. The Equal Employment Opportunity Commission (EEOC) is sued in its official capacity.

6.  Defendant, **ROSA VIRAMONTES** works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012. Mrs. Viramontes is the EEOC Director at the Los Angeles District Office.  She was acting under "Color of State law" when by her acts and/or omissions deliberated violated Plaintiff's rights protected by the U.S Constitution and Federal laws. Rosa Viramontes is sued in its official capacity.

7.  Defendant, **RAMIRO GUITIERREZ** works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012.  Mr. Gutierrez is a supervisor at the EEOC Los Angeles District Office.  He was acting under "Color of State law" when he deliberated violated plaintiff's rights protected by the U.S Constitution and Federal laws. Ramiro Gutierrez is sued in its official and personal capacity.

8.  Defendant, **(UNNOWN FIRST NAME) ESCOBAR** works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012.  Ms. Escobar is an intake employee at the EEOC, Los Angeles District Office.  She was acting under "Color of State law" when she deliberated violated Plaintiff's rights protected by the U.S Constitution and

Federal laws.  (Unknown first name) Escobar is sued in its official and personal capacity.

9.  Defendant, **EEOC EMPLOYEE 1** (Unknown name) works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012.  EEOC employee 1 (Unknown name/title) was acting under "Color of State law" when she/he deliberated violated Plaintiff's rights protected by the U.S Constitution and Federal laws.  EEOC employee 1 (Unknown name/title) is sued in its official and personal capacity.

10. Defendant, **EEOC EMPLOYEE 2** (Unknown name) works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012.  EEOC employee 2 (Unknown name/title) was acting under "Color of State law" when she/he deliberated violated Plaintiff's rights protected by the U.S Constitution and Federal laws.  EEOC employee 2 (Unknown name/title) is sued in its official and personal capacity.

11. Defendant, **EEOC EMPLOYEE 3** (Unknown name) works for The U. S. Equal Employment Opportunity Commission (EEOC) located at 255 E. Temple St. 4th Floor Los Angeles CA 90012.  EEOC employee 3 (Unknown name/title) was acting under "Color of State law" when he/she deliberate violated Plaintiff's rights protected by the U.S Constitution and Federal laws. EEOC employee 3 (Unknown name/title) is sued in its official and personal capacity.

12. Defendant, **FEDERAL PROTECTIVE SERVICE AGENCY** works under the umbrella of the U. S. Homeland Security, located at 255 E. Temple St., Los Angeles CA 90012.  The Federal Protective Services Agency is responsible for protecting federal land from terrorism, criminal acts and other hazards threating the U. S. Government; when through its agents' acts and/or omissions deliberate violated Plaintiff's rights, privilege and immunities that are secured/protected by

the U.S Constitution and Federal laws. The Federal Protective Service Agency is sued in its official capacity.

13. Defendant, **(UNKNOWN FIRST NAME) LYND** works for the Federal Protective Service Agency located at 255 E. Temple St., Los Angeles CA 90012. He is a federal agent, Number: 935 when acting under "Color of State law" deliberate violated Plaintiff's rights, privilege and immunities that are protected by the U.S Constitution and Federal laws. Officer Lynd is sued in its official and personal capacity.

14. Defendant, **PARADOM SECURITY AGENCY** is a Security Agency located at 255 E. Temple St., Los Angeles CA 90012. The Paradom is responsible for protecting federal land from terrorism, criminal acts and other hazards threating the U. S. Government; when through its agents' acts and/or omissions deliberate violated Plaintiff's rights, privilege and immunities that are secured/protected by the U.S Constitution and Federal laws. The Unknown Security Agent is sued in its official capacity.

15. Defendant, **(UNKNOWN NAME/TITLE)** security officer works for Paradom Security Agency located at 255 E. Temple St., Los Angeles CA 90012. (Unknown name) is a security officer when acting under "Color of State law" deliberated violated Plaintiff's rights, privilege and immunities that are protected by the U.S. Constitution and Federal laws (Unknown officer name) is sued in its official and personal capacity.

16. Defendant, **ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES. IN-HOME SUPPORTIVE SERVICES PROGRAM (IHSS)** located at 500 N. State College Blvd. Orange, CA 92868-1673.  IHSS provide supported services to persons who are aged, blind and disabled when through its agents' acts and/or omissions deliberate violated Plaintiff's rights, privilege and immunities that are

secured/protected by the U.S Constitution and Federal laws. The Orange County Department of Social Service In-Home Supportive Services Program (IHSS) is sued in its official capacity.

17. Defendant, **DIANE ARTEAGA** works for the Orange County Department of Social Service In-Home Supportive Services Program (IHSS). She is a social worker. She was acting under "Color of State law" when she deliberated violated Plaintiff's rights, privilege and immunities that are protected by the U.S. Constitution and Federal laws. Diane Arteaga is sued in her official and personal capacity.

18. Defendant, **ERICA SARABIA** works for the Orange County Department of Social Service In-Home Supportive Services Program (IHSS). She is a social worker. She was acting under "Color of State law" when she deliberated violated Plaintiff's rights, privilege and immunities that are protected by the U.S. Constitution and Federal laws. Erica Sarabia is sued in her official and personal capacity.

19. Defendant, **ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES. ADULT PROTECTIVE SERVCIE PROGRAM**. located at 500 N. State College Blvd. Orange, CA 92868-1673. P.O. Box 5687 Orange, CA 92863.  A program that provides assistance to elder adults, dependent adult and disable individual who are subject of abuse, neglect and/or exploitation when through its agents' acts and/or omissions deliberate violated Plaintiff's rights, privilege and immunities that are secured/protected by the U.S Constitution and Federal laws. The Orange County Department of Social Service Adult Protective Service (APS) Program is sued in its official capacity.

20. Defendant, **JEFF MOLINA** works for Orange County Department of Social Services.  Adult Protective Service Program located at 500 N. State College Blvd.

Orange, CA 92868-1673. P.O. Box 5687 Orange, CA 92863. He is a Senior Social Worker. He was acting under "Color of State law" when he deliberated violated Plaintiff's rights, privilege and immunities that are secure/protected by the U.S. Constitution and Federal laws. Mr. Molina is sued in his official and personal capacity

21   Does 1 through 10, Inclusive are federal, state, county employees whom were acting under "color of State law" when they deliberated violated and/or conspire to deprive Plaintiff's rights protected by the U.S. Constitution and Federal laws. Unknown defendants will be sued in their official and personal capacity

## V. STATEMENT OF FACTS

22.  Plaintiff is an American; background Hispanic woman from South America.

23.  Plaintiff speak with a heavy South American accent.

24.  Plaintiff is in disability.

25.  Plaintiff is the provider (IHSS) for Sara Rodriguez.

26.  Diana Arteaga is a social worker (IHSS) in charge of processing changes/ documents for the provider (Plaintiff) for Sara Rodriguez. (November 2017)

27.  Erica Sarabia is the new social worker (IHSS) in charge of processing any changes/documents for the provider (Plaintiff) for Sara Rodriguez. (2019)

## DIANE ARTEAGA

28.  On or about May 2017, Plaintiff notified Diana Arteaga she was the new provider for Sara Rodriguez and request increase of hours new medical evaluation.

**EXHIBIT A**

29.  Diane Arteaga DID NOT PROCESSED the "Statement of Reporting Changes".

**EXHIBT B**

30. Plaintiff tried multiple times to contact Diane Arteaga; several times Diane Arteaga ignored Plaintiff's letters and phone calls.    **EXHIBIT C**

31. On May 24, 2017 plaintiff went to the orientation; stayed after the orientation for extra Orientation for Multiple recipients; paid for her fingerprints and completed ALL the process to become a provider; still Diana Arteaga DID NOT PROCESSED the "Statement of Reporting Changes".    **EXHIBIT D**

32. On or about July, 2017, plaintiff went to the IHSS office and an IHSS manger processed plaintiff's documents.    **EXHIBIT E**

33. IHSS approved 76.08 monthly hours for plaintiff to provide personal care, housekeeping and other in-home services to Sara Rodriguez.    **EXHIBIT F**

34. On August 30, 2017; Plaintiff met Diane Arteaga at the IHSS office. Plaintiff told Arteaga she was in disability; but was also the provider for her mother (Sara Rodriguez), Arteaga was rude, hostile, insinuated that plaintiff was going to lie in her timesheet; Refused to provide the "Designation of Authorized Representative" form to plaintiff.  After Plaintiff requested for the form; she went to get it but deliberated provided inaccurate information to plaintiff among other claims.  Arteaga's actions scared plaintiff's parents    **EXHIBIT G**

35. Other people Hispanic (Not South Americans) and Non-Hispanic were not treated that way; we were treated badly because we are Americans; our background is from South America and we speak with South American Accent.

36. On or about November 2017, Diana Arteaga RETALIATED against plaintiff by
    a. Sending a letter NOTICE OF MISSED HOME VISIT. Dated 11-8-17
    b. Reducing provider's hours.
    c. Cancelling providers' work without any notification and/or explanation.    **EXHIBIT H**

37. Plaintiff's respond to Diana Arteaga "MISSED HOME VISIT" dated 11-08-17.    **EXHIBIT I**

## IIN -HOME-SUPPORTIVE SERVICES PROGRAM
## (IHSS)

38. During August through October 2017; Plaintiff sent several complaints to IHSS against Diana Arteaga for NATIONA, RACIAL, ACCENT DISCRIMINATION and request change of social worker.   Plaintiff filed several complaints with IHSS; no action.                                                        **EXHIBIT J**

39. Plaintiff continued working as a caregiver. IHSS would not respond/explained why her job was cancelled and why they were not paying her.

40. On or about March 2018, Plaintiff found out IHSS fired plaintiff in 2017; but IHSS Would not provide any documentation/reason as to why plaintiff was fired.

41. On or about March 2018; IHSS told Plaintiff to apply again as a provider.  Plaintiff Complied with IHSS.                                              **EXHIBIT  K**

## ERICA SARABIA

42. On or about IHSS approved 36:47 monthly hours for provider        **EXHIBIT  L.**

43. New social worker in charge of processing plaintiff's documents is Erica Sarabia.

44. IHSS accounting Dept. has told plaintiff Erica Sarabia DID NOT PROCESS plaintiff's documents.

45. Plaintiff is not getting paid for the work she is doing as a caregiver.  Plaintiff is not getting paid "sick time".                                         **EXHIBIT M**

46. Plaintiff has contacted/communicated several times with Erica Sarabia (Social workers) and Luz Napoles (Executive Director) as to why IHSS is not paying her. No action.                                                        **EXHIBIT N**

47. To this date; IHSS is REFUSING to paid plaintiff.  Plaintiff has not been paid since **November 2017**.

48. Erica Sarabia requested a home interview with plaintiff for May 7, 2019. Plaintiff complied.  During the interview; Erica Sarabia asked plaintiff about her **"Sexual**

<u>life/activity"</u>.                                                              **EXHIBIT O**

## <u>ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES. IIN -HOME-SUPPORTIVE SERVICES PROGRAM (IHSS).</u>

49. The Orange County Department of Social Services administrates the IHSS Program; a governmental agency that receives Federal Funds to paid thousands of workers (providers) to take care of low-income elderly, blind, disable Californians who need help with personal care; domestic services among other services to remain in their homes. **Lanterman Act.** And Title 17 Division 2. Health and Welfare Agency – Department of Developmental Service Regulations).

50. That County of Orange Department of Social Services is responsible for IHSS and also responsible for investigating Civil Rights complaints and violations of Federal laws under ADA. The County of Orange Department of Social Services has the obligation to investigate a case thoroughly; without bias and cite those county programs that are not in compliance with Federal Laws. Federal Laws are clear no public program that receive federal, state funds cannot Discriminate any individual based on their race, national origin, etc. and cannot discriminate any individual based on his/her National origin, Race, Accent and disabilities.

51. That on or about January 2018 plaintiff filed a NARITONAL, RACE, DISABILITY DISCRIMINTION claim with Orange County against Department of Social Services-IHSS program

52. Orange County DID NOT TAKE ANY ACTION.                          **EXHIBIT P**

## <u>THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)</u>

53. Federal law, Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) prohibits discrimination in employment based on race, color, religion, sec,

national origin in the classification, selection, hiring, promotion, compensation or termination of employment. The U.S. Equal Employment Opportunity Commission (EEOC) is a federal agency to seek out and eliminate unlawful employment practice in accordance with the procedure prescribed by Title VII

54. On or about February 2018, Plaintiff went to the EEOC los Angeles District office to file a NATIONAL, RACIAL, ACCENT DISCRIMINATION against the Orange County Department of Social Services: IHSS Program and Diana Arteaga.                                                                                  **EXHIBIT Q**

55. The EEOC employees REFUSED to process plaintiff's claim. Instead FABRICATED false information about plaintiff. REFUSED to provided plaintiff with "THE RIGHT TO SUE LETTER; DEFAME plaintiff and CONSPIRED TO FABRICATE FALSE ACCUSATIONS against petitioner; CONTACTED security to removed plaintiff from the EEOC office; PROMISE to mail "RIGHT TO SUE LETTE"; they never did.

56. Plaintiff filed a complaint with EEOC Headquarter against the EEOC employees from Los Angeles District office.  No Action from EEOC headquarters.
                                                                                                       **EXHIBIT R**

57. On or about June 2018, EEOC send a letter to Plaintiff requesting her to signs EEOC Form 5; the letter states clearly that if EEOC office do not hear from plaintiff in 30 days ; EEOC office is authorized to dismiss the chare and "ISSUE A RIGHT TO SUE LETTER" allowing plaintiff to pursue this matter in federal court.

58. To this date, EEOC los Angeles District has not issue the "RIGHT TO SUE LETTER".
                                                                                                       **EXHIBIT S**

### ROSA VIRAMONTES

59.    Plaintiff filed a claim against EEOC employees with EEOC Director of los Angeles office, Rosa Viramontes on April 2, 2019. No Action from the Director.

## RAMIRO GUTIERREZ

60.    Ramiro Gutierrez is a supervisor at the EEOC los Angeles district office.

61.    Plaintiff's: interactions with EEOC supervisor, Ramiro Gutierrez.

a. REFUSED to process plaintiff's complaint. against Diana Arteaga, IHSS and Orange county.
b. CONSPIRED with ESCOBAR to prevent plaintiff from filing her complaint.
c. USED PHYSICAL FORCED to scare and to intimidate plaintiff.
d. SHOUTED and ORDERED plaintiff to go to a small room ALONE with him.
e. Plaintiff refused. TOLD plaintiff to leave the EEOC office.
f. CONSPIRED with ESCOBAR and three EEOC employees to defame plaintiff's persona.
g. FACRICATDE false information about plaintiff as a pretext to have Federal securities removed plaintiff from the EEOC office.
h. REFUSED to provided "THE RIGHT TO SUE LETTER"
i. TOLD plaintiff in front of two Federal Securities he would mail to plaintiff' the "Right to Sue letter". Mr. Gutierrez never mail the letter among other claims

62.    Mr. Gutierrez deliberate IGNORED plaintiff's medical conditions.

## (UNKNOWN FIRST NAME) ESCOBAR

63. Plaintiff's: interactions with EEOC intake, Mrs. Escobar.

a. REFUSED to process plaintiff's complaint. against Diana Arteaga, IHSS and Orange county.
b. CONSPIRED with Gutierrez to prevent plaintiff from filing her complaint.
c. LIED when she told Mr. Gutierrez that plaintiff was not cooperating during the intake interview.
d. GAVE SIGNALS to Mr. Gutierrez; to USED PHYSICAL FORCED to scare and to intimidate plaintiff.
e. CONSPIRED with GUTIERREZ and other EEOC employees to Defame plaintiff's character.

f. FACRICATE false information about plaintiff as a pretext to have Federal securities removed plaintiff from the EEOC office.

g. REFUSED to provided "THE RIGHT TO SUE LETTER" among other claims

64. Mrs. Escobar deliberate IGNORED Plaintiff's medical conditions.

## EEOC EMPLOYEE 1 (UNKNOWN NAME AND TITLE)

65. EEOC employee 1 (Unknown name/title) accessory to CONSPIRED with Mr. Gutierrez, Mrs. Escobar and with three other EEOC employees (1) TO DEPRIVE plaintiff of her right to file a claim. (2) TO COVER UP for Mr. Gutierrez's PHYSICAL FORCE used to scare/intimidate Plaintiff. (3) TO DEFAME plaintiff's character. (4) To FABRUCATE false information about plaintiff to have her removed from the EEOC office/Federal Building. And (5) TO REFUSE to provide plaintiff with the "Right to sue letter" among other claims.

66. EEOC employee 1 (Unknown name/title) deliberate IGNORED Plaintiff's medical conditions.

## EEOC EMPLOYEE 2 (UNKNOWN NAME AND TITLE)

67. EEOC employee 2 (Unknown name/title) CONSPIRED with Mr. Gutierrez, Mrs. Escobar and with three other EEOC employees (1) TO DEPRIVE plaintiff of her right to file a claim. (2) TO COVER UP for Mr. Gutierrez's PHYSICAL FORCE used to scare/intimidate Plaintiff. (3) TO DEFAME plaintiff's character. (4) To FABRUCATE false information about plaintiff to have her removed from the EEOC office/Federal Building. And (5) TO REFUSE to provide plaintiff with the "Right to sue letter" among other claims.

68. EEOC employee 2 (Unknown name/title) deliberate IGNORED Plaintiff's medical conditions.

## EEOC EMPLOYEE 3 (UNKNOWN NAME AND TITLE)

69. EEOC employee 3 (Unknown name/title) CONSPIRED with Mr. Gutierrez, Mrs. Escobar and with three other EEOC employees (1) TO DEPRIVE plaintiff of her right to file a claim. (2) TO COVER UP for Mr. Gutierrez's PHYSICAL FORCE used to scare/intimidate Plaintiff. (3) TO DEFAME plaintiff's character. (4) To FABRUCATE false information about plaintiff to have her removed from the EEOC office/Federal Building. And (5) TO REFUSE to provide plaintiff with the "Right to sue letter" among other claims.

70. EEOC employee 3 (Unknown name/title) deliberate IGNORED Plaintiff's medical conditions.

## FEDERAL PROTECTIVE SERVICE

71. The Federal Protective Service is a Federal Agency working under the umbrella of U.S Homeland Security.  The Agency mission is to protect federal land from criminal activities, terrorism, etc. against U.S. government when through the action/omission of its employees deliberate violated plaintiff's rights, federal laws/status when UNJUSTILY one of its officer removed plaintiff from the EEOC office/Federal Building when it was clear that Mr. Gutierrez, Escobar and the other EEOC employees were acting with Malice, bad faith and were CONSPIRING against plaintiff; to  prevent her from filing her claim against Orange County Social Services-IHSS and Diana Arteaga. .

## (UNKNOWN FIRST NAME) OFFICER LYND

72. Officer Lynd works for the Federal Protective Service.  He ABUSED HIS POWER when he

    a. REMOVED plaintiff from the EEOC office/Federal Building.
    b. ACTED based on false information/defamation from Mr. Gutierrez, Mrs. Escobar and other four EEOC employees.
    c. IGNORED plaintiff's explanation as to why EEOC wanted her to leave

the office.

d. IGNORED plaintiff's claims that Mr. Gutierrez used physical force to intimidate/scare her to prevent her from filing her claim.

e. IGNORED plaintiff's claims that Mr. Gutierrez used physical force to intimidate/scare her and take her to a small room alone with him.

f. IGNORED plaintiff's claims that Mr. Gutierrez, Mrs. Escobar and the other four EEOC employees were FABRICATING false information about her to preventing her for filing her claim.

g. WITNESSED/CORROBORATED with Mr. Gutierrez' statement that the "Right to Sue Letter" was going to be mail to plaintiff.

73. Officer Lynd deliberate IGNORED Plaintiff's medical conditions.

## PARADOM PRIVATE SECURITY AGENCY

74. The Paradom is a private security agency working for the Federal Building. In Los Angeles, California. The mission of the agency is to protect Federal land from terrorism, criminal acts, etc. against U.S. government when through the action/omission of its employees deliberate violated plaintiff's rights, federal laws/status when UNJUSTILY one of its officer removed plaintiff from the EEOC office/Federal Building when it was clear that Mr. Gutierrez, Escobar and the other EEOC employees were acting with Malice, bad faith and were CONSPIRING against plaintiff; to prevent her from filing her claim against Orange County Social Services-IHSS and Diana Arteaga.

## UNKNOWN NAME/TILE OF THE PARADOM SECURITY OFFICER

75 Officer (Unknown name/title) works Paradom Security Agency. He ABUSED HIS POWER when he

a. REMOVED plaintiff from the EEOC office/Federal Building.

b. ACTED based on false information/defamation from Mr. Gutierrez, Mrs. Escobar and other four EEOC employees.

c. IGNORED plaintiff's explanation as to why EEOC wanted her to leave the office.

d. IGNORED plaintiff's claims that Mr. Gutierrez used physical force to

---

FEDERAL COMPLAINT: TOUMA V. U.S. EEOC ET. AL. AND DOE 1 THROUGH 10

intimidate/scare her to prevent her from filing her claim.
e. IGNORED plaintiff's claims that Mr. Gutierrez used physical force to intimidate/scare her and take her to a small room alone with him.
f. IGNORED plaintiff's claims that Mr. Gutierrez, Mrs. Escobar and the other four EEOC employees were FABRICATING false information about her to preventing her for filing her claim.
g. WITNESSED/CORROBORATED with Mr. Gutierrez' statement that the "Right to Sue Letter" was going to be mail to plaintiff.

76. Officer (Unknown name/title) deliberate IGNORED Plaintiff's medical conditions.

### ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES ADULT PROTECTIVE SERVICES (APS)

77. The Adult Protective Services (APS) is a program designed to prevent and remedy the abuse, neglect, or exploitation of elders and dependent adults who have been harmed or are at risk of ham when through the actions of its employees deliberate violated plaintiff's rights, federal laws/status when through its employees UNJUSTLY ACCUSED plaintiff of **ABUSING AND KIPNAPPNG HER MOTHER:**

### JEFF MOLINA

78. Mr. Molina works for Adult Protective Services when he deliberated ABUSE HIS POWER, ACTED WITH MALICE AND IN BAD FAITH when

a. CONTACTED THE BREA POLICE against Plaintiff,
b. Send the Brea SWAT TEAM to Plaintiff' sister's home.
c. SPREADED RUMORS TO NEIGHBORDS ABOUT Plaintiff abusing, kidnapping her mother. ELDERLY ABUSE.
d. SCARED PLAINTIFF'S PARENTS; ENTERED TO THEIR RESIDENCE WITHOUT WARRANT;
e. QUESTIONED PLAINTIFF'S PARENTS ABOUTS PLAINTIFF WHEREABOUTS among other claims when it was clear it was A RETALIATION/INTIMIDATION/ABUSE OF POWER to prevent plaintiff from filing her claim against Orange County Social Services-IHSS and Diana Arteaga.

79. Mr. Molina left his card for plaintiff to contact him.          **EXHIBIT T**

## INVASION OF PRIVACY

80. Due to the several legitime claims; plaintiff had made against Orange County Social Services-IHSS, Diane Arteaga, EEOC, and the other defendants; Plaintiff has been target for several **CORRUPT, INMORAL, ILLEGAL** persecution.

81. Plaintiff has attempt/communicated those illegal persecution to several law enforcement.

82. On or about October 2019, Plaintiff learned there are personal photos, videos about petitioner. At this point the USE, COPY, CIRCULATION of this videos, Photos, etc. is unknown. At this point the INSULTS, CALLING NAMES AND OFFENSES are ENDLESS and the magnitude in which plaintiff's private life has been violated is UNKNOWN.

83. Plaintiff is entitled to her privacy; without fearing "people" are SPYING ON HER, VIDEOTAPING HER, SNEAKING ON HER from her computer, home, phone, etc... And use that personal information to fabricate, alter, mislead plaintiff's character.

84. Plaintiff has found "documents' in her computer about "sexual orientation", "attitude" prolemss written in Spanish that does not belong to her.  Also, It was very **DISTURBING** when defendant, Erica Sarabia asked plaintiff about her "sexual life/activity".

## VI. PLAINTIFF IS ENTITLED TO EQUITABLE TOLLING.

85. Plaintiff has acted reasonable and in good faith to bring ALL her claims listed in the caption of this complaint against ALL the Defendants listed in the caption of this complaint in a timely manner.

86. Plaintiff had encountered several extraneous events that has prevented her from asserting her Rights:

### VII. INMUNITY

87. Plaintiff categorically and firmly allege that All Defendants listed in this lawsuit; do not qualify for Immunity Defense. IMMUNITY DEFENSE is wave when defendants' acts are intentional malice, reckless and their actions/omitions are deliberate and solely intended to cause harm/pain to the victim; Knowingly that Plaintiff is in disability, vulnerable and defenseless.

### VIII. CAUSES OF ACTIONS

#### COUNT 1: NATIONALITY, RACE, ACCENT DISCRIMINATION under 42 U.S.C. SECTION 1981:
[As to Defendants: EEOC; ROSA VIRAMONTE; RAMIRO GUTIERREZ; (UNKNOWN FIRST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYEE 2; EEOC EMPLOYEE 3; AGENT LYND; PARADOM OFFICER (UNKNOWN NAME/TITLE); ORANGE COUNTY SOCIAL SERVICES-IHSS; DIANA ARTEAGA AND ERICA SARABIA]

88. Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

89. That on October 2018 and thereafter; Plaintiff attempt to file a NATIONALITY, RACE, ACCENT (SOUTH AMERICA) discrimination case against the Orange County Department of social Services. IHSS and Diana Arteaga and was denied that right.

90. ALL defendants listed in COUNT 1 conduct were intentionally malicious, reckless and in disregard of Plaintiff's rights and medical conditions. As a direct result; Plaintiff suffered deprivation of Civil Rights; permanent emotional injuries; loss of income, among other permanent damages.

91. WHEREFORE: Plaintiff Claims Compensatory and Punitive damages against ALL defendants listed in COUNT 1 collectively and individually in an amount to be determined at trial, plus cost, and for further relief this Honorable Court determines necessary and appropriate

## COUNT 2: DEPRAVITY OF "COLOR OF STATE LAW" UNDER 42 U.S.C. SECTION 1983:
### [As to Defendants: ROSA VIRAMONTE; RAMIRO GUTIERREZ; (UNKNOWN FIRST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYEE 2; EEOC EMPLOYEE 3; AGENT LYND; PARADOM OFFICER; DIANA ARTEAGA AND ERICA SARABIA ]

92. Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

93. ALL defendants listed in COUNT 2 were acting under "Color of State Law" when denied plaintiff the right to file a claim against Orange County Social Services-IHSS and Diana Arteaga.

94. ALL defendants listed in COUNT 2 conduct was intentionally malicious, reckless and in disregard of Plaintiff's rights and medical conditions. As a direct result; Plaintiff suffered deprivation of Civil Rights; permanent emotional injuries; loss of income, among other permanent damages.

95. WHEREFORE:  The Plaintiff Claims Compensatory and Punitive damages against ALL defendants listed in COUNT 2 collectively and individually in an amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

## COUNT 3: CONSPIRACY TO DEPRIVE RIGHTS UNDER 42 U.S.C. SECTION 1985:
### [As to Defendant, EEOC; ROSA VIRAMONTES; RAMIRO GUTIERREZ (UNKNOWN FIRST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYEE 2; EEOC EMPLOYEE 3; OFFICER LYND; PARADON OFFICER; ORANGE COUNTY SOCIAL SERVICES-IHSS; DIANA ARTEAGA AND ERICA SARABIA]

96. Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

97. That ALL defendants listed in COUNT 3 conspired to denied plaintiff the right to file her claim against Orange County Social Services-IHSS and Diana Arteaga; To fabricate false accusations against Plaintiff to have her removed from the EEOC office/federal building.

98. ALL defendants listed in COUNT 3 were material actors in the conspiracy by their own actions and omissions when they voluntarily decided to fabricate false

accusations and that they intended the malicious and cruel accusations be committed against Plaintiff.

99. ALL defendants listed in COUNT 3 intentional reckless and malice acts in disregard of Plaintiff's rights, health and reputation resulted in Plaintiff deprivation of Civil Rights; permanent emotional injuries and other permanent damages.

100. WHEREFORE: The Plaintiff Claims Compensatory and Punitive damages against ALL defendants listed in COUNT 3 collectively and individually in an amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

## COUNT 4: DEFAMATION AGAINST PLAINTIFF'S CHARACTER;
[As to Defendants RAMIRO GUTIERREZ; (UNKNOWN FIRST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYEE 2; EEOC EMPLOYEE 3; OFFICER LYND; PARADOM OFFICER AND JEFF MOLINA]

101. Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

102. That ALL defendants listed in COUNT 4 deliberate defame plaintiff with the solely intent to destroy Plaintiff's reputation and her credibility and prevent her for filing her claim against Orange County Social Services-IHSS and Diana Arteaga.

103. ALL defendants listed in COUNT 4 were material actors in defaming plaintiff by their own actions when they voluntarily decided to fabricate false accusations and that they intended the malicious and cruel accusations be committed against Plaintiff.

104. That ALL defendants listed in COUNT 4 reckless and malicious acts/omissions in disregard of Plaintiff's rights and medical conditions resulted in Plaintiff deprivation of Civil Rights; violation of Federal laws; permanent emotional; physical injuries and other permanent damages.

105. WHEREFORE: The Plaintiff Claims Compensatory and Punitive damages against ALL defendants listed in COUNT 4 collectively and individually in an

amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

## COUNT 5: DEFIANCE TO COMPLY WITH TITLE II OF THE AMERICAN WITH DISABILITY ACT (ADA) OF 1990.
### [As to Defendant, EEOC; ROSA VIRAMONTES; RAMIRO GUITIERREZ; (UNKNOWN FIRST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYE 2; EEOC EPLOYEE 3; ORANGE COUNTY SOCIAL SERVICES-IHSS; DIANA ARTEAGA AND ERICA SARABIA)

106. Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

107. That Plaintiff is a disable woman under the American Disability Act (ADA).

108. That Plaintiff is a resident of the State of California; she was working as a caregiver when Orange County Social Services-IHSS Diana Arteaga, Erica Sarabia denied her of that right. Further, when Plaintiff attempt to filed a complaint against them; All Defendants listed in Count 5 denied of that right.

109. That All Defendants listed in Count 5 reckless and malice acts in disregard of Plaintiff's rights and medical conditions resulted in Plaintiff deprivation of Civil Rights, violation of Title II under ADA and permanent emotional and physical injuries and other permanent damages.

110. WHEREFORE: The Plaintiff Claims Compensatory and Punitive damages against ALL defendants listed in COUNT 5 collectively and individually in an amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

## , COUNT 6: RETALIATION UNDER THE AMERICAN DISABILITY ACT (ADA)
### [As to Defendant, RAMIRO GUTIERREZ; (UNKNOWN FIST NAME) ESCOBAR; EEOC EMPLOYEE 1; EEOC EMPLOYEE 2; EEOC EMPLOYEE 3; OFFICER LYND; PARADOM OFFICER; ORANGE COUNTY SOCIAL SERVICES-IHSS; DIANA ARTEAGA AND ERICA SARABIA ]

111.    Plaintiff re-alleges and incorporate by reference all of the paragraphs above.

112. That Plaintiff is a disable woman under the American Disability Act (ADA).

113. That on about August 2017 and thereafter, Plaintiff engaged in a constitutionally protective activity; she attempted to file a discriminatory complaint against IHSS and Diana Arteaga when plaintiff was retaliated by ALL Defendants listed in Account 6. Plaintiff was acting under a reasonable "good faith".

114. That as a result, Plaintiff was subjected to a materially adverse action after the protected conduct took place. ALL Defendants listed in Account 6 discriminatory actions/omission and false accusations were directly intended to prevent/castigate Plaintiff for filing a complaint against. ALL Defendants listed in Account 6.

115. That ALL Defendants listed in Account 6. fabricated false information about plaintiff. Those malicious statements were made with the solely intention to destroyed/ damage/ denigrate Plaintiff's reputation and credibility when she filed her NATIONAL, RACE, ACCENT Discrimination complaint against them.

116. That ALL Defendants listed in Account 6 act to intentionally damage/ harm/ destroy Plaintiff' image /reputation and their reckless and malicious acts in disregard of Plaintiff's rights and medical conditions resulted in Plaintiff deprivation of Civil Rights, violation of ADA and permanent emotional and physical injuries and other permanent damages.

117. WHEREFORE: The Plaintiff Claims Compensatory and Punitive damages against ALL Defendants listed in Account 6 collectively and individually in an amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

## IX. INVASION OF PRIVACY
### [As to ALL Defendants}

118. ANY evidence obtain ILLEGALY is not admissible in the court of law. ANY

FABRICATED evidence created with "MALICE" and in "BAD FAITH" solely with the intent to mislead, misrepresent the character of a person to alter the outcome of a legal proceeding is a FELONY AND CAN BE PUNISHABLE BY FINE AND/OR IMPRISONMENT. (California W & I Code, Section 10850).    **EXHIBIT U**

## X. REQUEST FOR RELIEF

119. That as a direct and proximate result of the intentional violation of Plaintiff's Civil Rights; other deprivations and concurrent violations of Federal, State and Local Laws/statutes/ codes by All the Defendants; without any act or omission on the part of the Plaintiff; Plaintiff has suffered/still suffering monetary, physical and emotional permanent damages.

WHEREFORE, The Plaintiff demands the following relief, jointly and severally, against all the defendants in an amount to be determined at trial, plus cost, and for further relief that this Honorable Court determines necessary and appropriate.

**Compensatory Damages:**

a. Deprivation of Civil Rights.
b. Permanent Psychological Damages.
c. Permanent loss of Reputation.
d. Defamation of Character.
e. False prosecution (spying, following her…all times.
f. Extreme harassment,
g. Permanent loss of Normal/social life.
h. Permanent Invasion of Privacy (Personal, intimate photos, videos, etc.)
i. Medical condition is deteriorating.
j. Forced to file several complaints/involved lawsuits.

**Exemplary Damages:**

a. Injunctive Relief: To stop the Harassment/Mistreatment /conspiracy/ Defamation against Plaintiff' persona in EEOC, Orange County Social Services-IHSS Governmental/federal Agencies.

b. Restoration of Reputation that was damage. Stigma-Plus Hearing Request. and for such other relief to which plaintiff is entitled at law or in equity.

c. DOUBLE ANY AMOUNT IHSS own to plaintiff (not paying Plaintiff since November 2017) in Damages.

Dated:  December 13, 2019                     Respectfully submitted,

MARILU TOUMA
IN PRO PER

## XI. DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issue raised in this complaint.

Dated: December 13, 2019

MARILU TOUMA
*IN PRO PER*

# EXHIBIT A

Marilu Touma
2478 Rainbow Lane
Brea, CA 92821-4609
714-784-6261 (HOME PHONE)
714-476-4608 (CELL PHONE)

May 28, 2017

Mrs. Diane Artega/ G4B7
County of Orange Social Services Agency
In-Home Supported Services Program(IHSS)
P.O. Box 22006,
Santa Ana, CA 92702
714-825-3346 (OFFICE)
714-825-3001 (FAX)

RE:    MEDICAL CHANGE:  SARA RODRIGUEZ'S HEARING AND VISION.
       CASO:  0282449

Dear:  Mrs. Diane Artega:

This letter is to request the IHSS to provide SARA RODRIGUEZ with the MAXIMUN HOURS ALLOW FOR A CAREGIVER giving her CURRENT MEDICAL CONDITION: HEARING LOST (BOTH EARS) AND BLIND IN ONE EYE AND POOR VISION IN THE OTHER EYE.

Since January 2017 the health of Sara Rodriguez has been deteriorating very rapidly.

Sara Rodriguez in July of 2017 will be 83 years old.

In the last two/three months, Sara Rodriguez has seen specialists for her vision and hearing. According to the specialists; Sara Rodriguez' vision is very poor and hearing is very poor as well.

Sara Rodriguez needs to have someone (caregiver) with her all/most of the time.

VISION:  One eye is legally blind; the other eye is not able to see clear (blurry and fuzzy) Catarata has advance; needs surgery.  Doctor suggests to wait; afraid if something goes wrong; she may not be able to see from both eyes (COMPLETE BLIND).

HEARING: Not able to hear (both ears). Sara Rodriguez assists herself by reading peoples' lips. Person needs to be close and speak loud and clear.

Previous caregiver has been working  the allow hours; However, the new caregiver (MARILU TOUMA) has also being assisting SARA RODRIGUEZ since January  2017 without pay.  MARILU TOUMA was in

charge to contact IHSS and request more hours; due to her father 's medical problems and her own medical problems, she could not make the changes before.

Now, giving the irreversible and progressive medical facts of SARA RODRIGUEZ; we do not have any other option but to request an approval for the MAXIMUN HOURS ALLOWED and also request the approval for a retroactive payment since January 2017 for MARILU TOUMA (New caregiver).

Please if you have any questions contact me at 714-476-4608. Please send any documentation to Mrs. SARA RODRIGUEZ' address listed above.

If you could please also send two official forms that IHSS uses for Power of attorney and/or Legal authorize representative for client.

Respectfully,

Marilu Touma

Cc:

Sara Rodriguez
2478 Rainbow Lane
Brea, CA 92821-4609
714-529-3661 (HOME PHONE)
714-476-4608 (CELL PHONE)

# EXHIBIT B



SOCIAL SERVICES AGENCY
In-Home Supportive Services

DIANE ARTEAGA
Social Worker II

1505 E. Warner Avenue
Santa Ana, CA 92705
www.ocgov.com

Phone: (714) 825-3346
Fax: (714) 825-3001
Diane.Arteaga@ssa.ocgov.com



**Orange County In-Home Supportive Services**

**Public Authority**

1505 East Warner Avenue, Santa Ana, California 92705-5419

Main: 714-825-3174 . Fax: 714-825-3212 . www.ocgov.com/publicauth/

## PROVIDER ENROLLMENT ORIENTATION

Orientation Date: _5/24/2017_

Six Weeks Follow up Date: _7/5/17_ (Only if **NO** Timesheets have been received)

**Processing for timesheets can take between three (3) to six (6) weeks from your orientation date.** Upon completion of required IHSS enrollment steps, you will receive your initial timesheet packet from the Orange County IHSS Public Authority. Timesheets will be issued retroactively from your start date.

### Enrollment Contact #: (714) 825-3195
**(Call only at the six week date. Any calls prior to 6 weeks will not be returned)**

When calling or leaving a message for an Enrollment follow up, please give the following information:
1. Full Name (include the spelling of your name)
2. Complete Social Security Number (**ALL Numbers**)
3. State the reason why you are calling
4. Current contact telephone number

Please make sure you/your:
   a. Voicemail is set-up, your voicemail is not full so a message can still be left
   b. Do not have people call on your behalf (Not unless you are present with your translator)

Please only leave one message. Allow us at least 24 business hours to return your call. Any incomplete messages will not be returned.

Timesheet packets can be delayed for the following reasons:
1. Incomplete forms
2. Social Security number was unverifiable by the Social Security Administration Office
3. Delayed Fingerprint/Background check results from the Department of Justice

Timesheet Packet will include:
1. Accounting letter with the Accounting Call Center direct phone number. Keep this letter for future reference, so you may contact the Accounting Call Center for assistance with any accounting/payroll related issues you may have.
2. W-4 Form (Tax withholding) with return envelope (**white**)
3. Timesheets (May be multiple timesheets)
4. IHSS Timesheet Instructions/Payment Information
5. Timesheet workshop flyer
6. Self-address envelope for Timesheets (**black stripe**)
7. SSDI Form (Deduction for State Disability) (if applicable)

Please read and keep all of your provider enrollment material. You are responsible for understanding the Provider Enrollment requirements. Please **DO NOT** hesitate to ask questions.

PA-PE Informational                           2                    Packet Revised 1/15/16 AA

County of Orange Social Services Agency
In-Home Supportive Services Program
P.O. Box 22006, Santa Ana, CA 92702
(714) 825-3000

## STATEMENT OF REPORTING CHANGES

(For use when an interpreter is unavailable or when there is a communication barrier or general reporting of changes)

Case Name: SARA RODRIGUEZ                     Case #: 0282449     SW #: G4B7

I, ☑ client  or ☐ authorized representative  or  ☐ parent of a minor client,  would like to report the following change(s) to our IHSS case:

A.  ☐ ADDRESS CHANGE NOTIFICATION:

  ☐ Client's ☐ Provider's Address Change: _____

B.  ☐ HOSPITALIZATION / VACATION / OUT-OF-HOME NOTIFICATION:

  ☐ Client's  ☐ Provider's

  ○  Effective date of hospitalization / vacation / out-of-home: _____

  ○  Date of hospital release / date of return home: _____

C.  ☑ CHANGE OF NEW PROVIDER NOTIFICATION:

  ○  Previous provider's name: Kessandra Budge   Termination date: 5-15-2017

  ○  New Provider's Information:
  Name: Marily Touma   SSN: 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 DOB: 04-27-68
  Address: 2478 Reinbow Lane   . Phone #: 714-476-4608
  Brea, CA 92821-4609
  Provider's relationship to client: Daughter   Preferred Written Language: English and/or Spanish
  Starting date: Janue 15, 2017
  Monthly hours: Maximum Allow

  If you have more than 1 provider, indicate hour's allocation below:
  Note: Total hours amongst all providers should equal to client's monthly authorized hours.

  Provider #1 name: _____ & monthly hours: _____
  Provider #2 name: _____ & monthly hours: _____
  Provider #3 name: _____ & monthly hours: _____

D.  ☐ OTHER: _____

Sara Rodriguez                5-28-2017                        5-28-2017
Client or Authorized Representative Signature    Date      Provider Signature      Date

For County-Use Only:  Accounting staff validation: _____  PA staff validation: _____ Date: _____

Comments: _____

063-23-124 (06/12)

# EXHIBIT C

Orange County   June 7, 2017

Dear: Mrs. Diane Antege

This is Marilu Touma, daughter and caregiver of Sara Rodriguez. We would like to make an apt. so you can evaluate Mrs. Sara Rodriguez. Please contact me at 714-476-4608

Thank you for your time and concern in this matter.

Sincerely,

EXHIBIT D

EXHIBIT E



In-Home Supportive Services

Public Authority

1505 East Warner Avenue, Santa Ana, California 92705-5419

Provider Name:        See attached SOC2271
Provider Number:      000 5 2975 7
Recipient Name:       See attached SOC2271

Date: 7/13/2017

To:  In-Home Supportive Services (IHSS) Provider

Re: Notice of Provider Eligibility

As of the date of this notice, you have been officially enrolled as an IHSS provider.

Your initial IHSS timesheet(s) should be arriving within one (1) week of receiving this packet/notice. You will receive IHSS payment(s) upon correct completion of the IHSS timesheet(s).  Please allow at least fourteen (14) days from the date you mailed your completed timesheet to receive payments.

If you have any questions regarding payroll, please call your IHSS Accounting Unit at (714)825-3281.

For confidentiality reasons, please make sure to have your Provider Number available when calling any IHSS agency. Your Provider Number can be found listed above and also shown on your timesheet(s) or the attached SOC2271.

Sincerely,

IHSS Public Authority

(OC-PA revised Provider Initial TS Notice –1/2017-LN)

Main:  714-825-3174    .    Fax:   714-825-3212    .    www.ocgov.com/publicauth/

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
# RECIPIENT DESIGNATION OF PROVIDER

## INSTRUCTIONS:

- Use black or blue ink. Print information clearly.

- You (or your authorized representative) must complete PART A of this form to let the county know who you have chosen to provide your authorized services.

- If you have multiple providers, you must fill out a separate form for each person who will be providing authorized services for you.

- You must sign the acknowledgement in PART C of this form.

- Please return this completed and signed form to the county. The county will keep the original form and give you a copy.

## PART A. RECIPIENT DESIGNATION OF PROVIDER

1. Recipient's Name: RODRIGUEZ, SARA
2. County IHSS Case #: 0282 4419
3. Provider's Name:
4. Provider's Address:
   City, State, ZIP Code:
5. Provider's Telephone Number:
6. Provider's Date of Birth
7. Provider's Social Security #*:
8. Provider's Gender (check box):  ☐ Male      ☐ Female
9. Provider's Relationship to Recipient (if any):   ☐ Parent  ☐ Child  ☐ Spouse/Domestic Partner
   ☐ Conservator      ☐ Guardian
   ☐ Other _____
10. Provider's Start Date:

*NOTE: The collection of the Social Security Number is required by the Immigration Reform and Control Act of 1986, Public Law 99-603 (8 USC 1324a), for the purposes of verifying the individual's identity and authorization to work in the United States.

I choose the person listed above to be my IHSS provider. This person will provide some or all of the services authorized by the county.

SOC 426A (1/16)                                                                                          PAGE 1 OF 3

Case 8:19-cv-02412-VBF-KS   Document 1   Filed 12/13/19   Page 39 of 120   Page ID #:39

2. More than 40 hours for me in a workweek if my maximum weekly hours are 40 hours or less in a workweek.

○ If I do not get an approved exception, my provider will get a violation for working more than my maximum weekly hours.

○ I can **never** authorize my provider to work more than my total authorized monthly service hours. Therefore, when I authorize my provider to work extra hours in one week, I must have the provider work fewer hours in the other week(s) of the month.

○ If my provider works for another recipient, the maximum number of hours that he/she may claim in a workweek for all of the time he/she works for his/her recipients combined is 66 hours. I must make a work schedule for my provider to determine how many hours he/she will be working for me each week to make sure he/she does not work more than 66 hours per workweek. I will get a Recipient Notification of Maximum Weekly Hours (SOC 2271A) which will include information on my maximum weekly hours so I can use it to make the work schedule for my provider(s). In order to make the schedule, my provider must tell me how many hours he/she is available to work for me each workweek. If my provider cannot work all of my authorized hours, I will need to hire additional provider(s). If I need help finding and hiring another provider(s), I can call my county IHSS Public Authority to obtain a provider from the registry or my county IHSS office.

○ The county will send me a notice each time my provider gets a violation. If my provider gets three violations, he/she will be suspended from providing IHSS for three months. If he/she gets another violation after being reinstated from the three-month suspension, he/she will be terminated as a provider for one year.

## PART C. RECIPIENT ACKNOWLEDGMENT

**I understand and agree to follow all of the requirements listed in this form.**

RECIPIENT'S SIGNATURE:                                      DATE:

PRINTED NAME:

AUTHORIZED REPRESENTATIVE'S SIGNATURE:                      DATE:

PRINTED NAME:

## FOR COUNTY USE ONLY

WORKER NAME:                                                DATE:

# EXHIBIT F

STATE OF CALIFORNIA – HEALTH AND HUMAN SERVICES

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM PROVIDER NOTIFICATION OF RECIPIENT AUTHORIZED HOURS AND SERVICES AND MAXIMUM WEEKLY HOURS

| | |
|---|---|
| Notification Date: | 07/12/2017 |
| Provider Number: | 000525156 |

MARILU TOUMA
195 W Central AVE, APT 324
Brea, CA 92821-7500

You are receiving this notification because you are a provider of IHSS for
SARA RODRIGUEZ

This notification is to inform you of your recipient's monthly authorized hours and the services you are allowed to perform for your recipient.

Your recipient's monthly authorized hours are 76:08

Your recipient's maximum weekly hours are his/her monthly authorized hours divided by 4.0, 19:02 .

The chart on page 2 lists the services that have been authorized for your recipient (which have been marked with an X), along with a brief description of the types of work that may be performed as part of each service. You will only be paid for providing the authorized services that have been marked.

Your recipient is responsible for creating a work schedule with you to accommodate his or her maximum weekly hours and monthly authorized hours. Please note, if your recipient has more than one provider, you may be limited in the amount of the services you provide as your recipient may schedule other providers for these services. The total hours worked by all the providers cannot be more than the recipient's maximum weekly hours and authorized monthly hours. You will not be paid by the IHSS program for any hours that exceed your recipient's authorized monthly hours.

If you are working for more than one recipient, you will be able to work up to 66 hours per week. You are responsible for informing each of your recipients of the hours you will be available to work for him/her, taking into account hours you may be working for other recipients to make sure you do not exceed the 66 hours per week. If you work more than your recipient's authorized weekly hours without your recipient receiving county approval, you may incur a violation. However, your recipient may adjust the weekly authorized hours in specific circumstances without county approval.

If you are the only provider for your recipient, you will be able to work up to your recipient's maximum weekly hours and monthly hours.

SOC 2271 (11/15)

Page 1 of 3

EXHIBIT G

## ORANGE COUNTY
## DEPARTMENT OF SOCIAL SERVICES

### DESIGNATION OF AUTHORIZED REPRESENTATIVE
### FOR IN-HOME SUPPORTIVE SERVICES

**SECTION I: TO BE COMPLETED BY APPLICANT/RECIPIENT**

| Name | Case number | Date |
|------|-------------|------|
|      |             |      |

I appoint _____ as my representative to:

☐ Accompany, assist and/or represent me in the application process and at any face-to-face assessments required by In-Home Supportive Services (IHSS).

Sign all required documents on my behalf, including submitting requested verifications and provider timesheets.

Provide medical records and other information regarding my medical conditions and limitations.

☐ Only review, sign and submit timesheets and provider enrollment documents on my behalf to IHSS

**I UNDERSTAND THAT I HAVE THE RESPONSIBILITY TO:**

- Attend and participate in any required face-to-face interview(s).

- Provide all requested verifications to establish/maintain eligibility for IHSS

**I UNDERSTAND THAT I HAVE THE RIGHT TO:**

- Choose anyone to be my authorized representative. Exception: A care provider may not be authorized to sign timesheets or provider enrollment documents.

- Revoke this appointment at any time by notifying my IHSS Social Worker.

▷ _____    _____

Applicant/Recipient's Signature                                                Date

**SECTION II: TO BE COMPLETED BY AUTHORIZED REPRESENTATIVE**

I HEREBY ACCEPT THE ABOVE APPOINTMENT AND UNDERSTAND THAT:

- The applicant/recipient may revoke this authorization at any time and appoint another individual to act as his/her authorized representative.

- I may not transfer or reassign my appointment unless the applicant/recipient consents in writing.

- I am requesting that IHSS forms be in          ☐ English    ☐ Spanish    ☐ Other: _____

- I am requesting that the interview(s) be held in    ☐ English    ☐ Spanish    ☐ Other: _____

☐ I am only authorized to review, sign and submit provider enrollment documents and timesheets on behalf of the applicant/recipient.

▷ _____    _____

Authorized Representative's Signature                                          Date

Address                                                                              Phone Number

Relationship to Applicant/Recipient: _____

| COUNTY USE ONLY | | |
|---|---|---|
| Date "Verbal Request to Revoke" Received | Date "Written Request to Revoke" Received | Request Received From: |
| SW Name: _____ | Telephone Number: _____ | |

Distribution:   White/Case Record      Yellow/Authorized Representative      Pink/Recipient

F063-23-16 (07/09) Authorized Representative

# EXHIBIT H



County of Orange
Social Services Agency
IN-HOME SUPPORTIVE SERVICES (IHSS) Program
P.O. Box 22006
Santa Ana, CA 92702-2006
(714) 825-3000

NOTICE OF MISSED HOME VISIT

Scheduled Home Visit: _1/8/17_
Time of Appointment: _10:00A_

Client's Name: _Erika Rodriguez_    AKA _Marilu Touman_
Client's Address: _5418 Pintado Dr_
Client's City: _Buena, CA    92821_

Dear _Erika Rodriguez_

My name is _Diana Arreaga_ and I am your IHSS Social Worker. I came out to conduct your scheduled home assessment required for IHSS services. While I was at your home, I attempted to call you but was unsuccessful. As a result, you will be receiving a Termination or Denial Notice of Action _Action will not be taken if contact to reschedule hv is made with social worker by below dat._

It is your responsibility to contact me to reschedule and complete the required assessment. You must do so by _Friday 1/13/17_. If the assessment is not completed, your case will remain terminated or denied and you will be responsible for paying your provider for their time and caregiving services.

In-Home Supportive Services State regulations MPP30.760.1, MPP 30-750.219, & MPP30-763.1 6.12 indicate that you are responsible for following through with home visits and providing any information needed to complete an assessment.

Again, please be advised that, per State regulation, should your initial OR annual assessment and home visit not be completed, your IHSS benefits WILL REMAIN TERMINATED OR DENIED and you will be responsible to pay your provider for the services rendered.

Thank you for your attention to this very important matter,

Social Worker's Name: _Diana Arreaga_
SW's Office Phone Number: _(714) 825-2914_
SW's Backup Phone Number: _(714) 704-4895_

# STATE OF CALIFORNIA 78-306519

THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO.

FUND NO. 0001  FUND NAME  GENERAL FUND

000525156   5180

| MO. | DAY | YR. |
|-----|-----|-----|
| 12 | 07 | 2017 |

90-1342/1211

78306519

TO: 306519 (30 04)
--- TOUMA, MARILU F.
4439 MURIETTA AVE APT 20
SHERMAN OAKS, CA 91423

| DOLLARS | CENTS |
|---------|-------|
| $*****441 | .71 |

*Betty T. Yee*

BETTY T. YEE
CALIFORNIA STATE CONTROLLER

FORM CD-95(1/89) CONTROLLERS WARRANT

⑆121113423⑆ 783065196⑈

DETACH ON DOTTED LINE
KEEP THIS PORTION FOR YOUR RECORDS

78-306519

ISSUE DATE: 12/07/2017    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | RODRIGUEZ SARA | ID# 0282449 |
|-----------|----------------|-------------|
| Payee/Provider | TOUMA MARILU F | ID# 000525156 |

| Service Period: 11/01/17 to 11/15/17 | Timesheet # | 4029014805 | 30 04 |
|---|---|---|---|

Process Date: 12/05/17

Pay Rate: $ 10.50

| | | |
|---|---|---|
| Hours Submitted | H 036 | M 00 |
| Hours Not Paid | H 000 | M 00 |
| Total Hours Paid | H 036 | M 00 |
| Travel Hours | H 000 | M 00 |
| Overtime Hours | H 020 | M 00 |

| | Current | YTD |
|---|---|---|
| Regular * | 378.00 | 4373.95 |
| Adjustment | .00 | .00 |
| Travel | .00 | .00 |
| Overtime | 105.00 | 368.99 |
| Total Gross | 483.00 | 4742.94 |
| Net Pay | 441.71 | 4337.42 |

| Deductions | Current | YTD |
|---|---|---|
| Federal | .00 | .00 |
| Addt Federal | .00 | .00 |
| State | .00 | .00 |
| Addt State | .00 | .00 |
| FICA | 29.94 | 294.06 |
| Medicare | 7.00 | 68.77 |
| SDI/DIEC | 4.35 | 42.69 |
| Share of Cost | .00 | .00 |
| Recovery | .00 | .00 |
| Lien | .00 | .00 |
| Health | .00 | .00 |
| Dues | .00 | .00 |
| Health Trust | .00 | .00 |
| COPE/PEOPLE | .00 | .00 |
| Initiation | .00 | .00 |
| Other Insurance | .00 | .00 |
| Total Deductions | 41.29 | 405.52 |

* Includes Overtime Hours at regular rate.



STATE OF CALIFORNIA 79 274781

H THE TREASURER OF THE STATE WILL PAY OUT OF THE **FUND NO.** **FUND NAME**
IDENTIFICATION NO. #0001 GENERAL FUND

000525156   5180   MO. DAY YR.   90-1342/1211
01 11 2018   79274781

| | DOLLARS | CENTS |
|---|---|---|
| $*****172. | 65 |

TO: 274781 (30 04)
--- TOUMA, MARILU F.
4439 MURIETTA AVE APT 20
SHERMAN OAKS, CA 91423

*Betty T. Yee*

BETTY T. YEE
CALIFORNIA STATE CONTROLLER

FORM CD-05t(1/08) CONTROLLERS WARRANT

⑆82111342⑆ 79274781⑈

DETACH ON DOTTED LINE
KEEP THIS PORTION FOR YOUR RECORDS

-79-274781

ISSUE DATE: 01/11/2018   Please contact your local IHSS county office for PAYMENT questions.

| Recipient | RODRIGUEZ SARA | | ID# 0282449 | |
|---|---|---|---|---|
| Payee/Provider | TOUMA MARILU F | | ID# 000525156 | |
| Service Period: 12/01/17 to 12/15/17 | Timesheet # | 4030504818 | 30 04 | |

| Process Date: 01/09/18 | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Pay Rate: $ 10.50 | | | Federal | .00 | .00 |
| Hours Submitted | H 018 | M 00 | Addt Federal | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | State | .00 | .00 |
| | | | Addt State | .00 | .00 |
| Total Hours Paid | H 018 | M 00 | FICA | 11.72 | 11.72 |
| Travel Hours | H 000 | M 00 | Medicare | 2.74 | 2.74 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 1.89 | 1.89 |
| | | | Share of Cost | .00 | .00 |
| | Current | YTD | Recovery | .00 | .00 |
| | | | Lien | .00 | .00 |
| Regular * | 189.00 | 189.00 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | .00 | .00 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| | | | Initiation | .00 | .00 |
| | | | Other Insurance | .00 | .00 |
| Total Gross | 189.00 | 189.00 | | | |
| Net Pay | 172.65 | 172.65 | Total Deductions | 16.35 | 16.35 |

* Includes Overtime Hours at regular rate.

# EXHIBIT I

Sara Rodriguez/ *Marilu Touma*
2478 Rainbow Lane
Brea, CA 92821-4609
714-529-3661 (HOME PHONE)
714-476-4608 (CELL PHONE)

January 23, 2018

Mrs. Diane Artega, Social Worker II/ G4B7
County of Orange Social Services Agency
In-Home Supported Services Program(IHSS)
1505 E. Warner Avenue
Santa Ana, CA 92705
714-825-3346 (OFFICE)
714-825-3001 (FAX)

RE:    RESPONSE TO NOTICE OF MISSED HOME VISIT DATED (11-08-17)

Dear: Mrs. Diane Artega:

Since, May 2017 my legal representive and I had tried several times to contact you (phone calls/letters/fax) to report my medical and non-medical changes and you have ignored my requests and deliberately has denied me that right.

On or about August 2017. we went to meet you in person, because we were not receiving any respond/reply from you (for three and/or four months est.) In return, you were rude, disrespecful and were giving us misleading/wrong information. We requested to speak with your manager; you denied me of that right.

On or about September 2017, we sent you a letter with our complaint; we also sent a letter to Mrs. Alturi, Deputy Director of Adult Services. We requested (1) Change of Social Worker (2) reassessment of my medical condition and needs (3) increase of hours, if approve retroactive payment; among other requests. Again our requested has been ignored by you. And again you have denied me of that right.

After our complaint; your actions were:

On or about November 20, 2017, we received your threat letter date November 8, 2017; pressure me that if I do not make an apointment with you; you will terminate my IHSS benefits. We did not have any apointment; I was not aware/I was not inform that you set up an appoinment to see me. I was not feeling well and my husband was sick too.

On or about December, 2017 my IHSS benefits were reduced; without having the opportunity to explain/present my situation. You have denied me that right.

On or about January, 2017 my IHSS benefits were terminated; without having the opportunity to explain/present my situation. You have denied me that right.

As to day, I am not able to pay my provider for the services she is providing to me

And in retaliation for my complain against you; you have cut my IHSS benefits.

Respectfully,

Sara Rodriguez (Beneficiary/Recipient)
Marilu Touma (Legal Representative/Provider)

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-476-4608 (CELL PHONE)

County of Orange Social Services AgencyIn-Home Supported Services Program (IHSS)
Respond to Diane Arteaga's letter dated 11-08-17
PAGE 2

HP Officejet Pro 8620 Series

Fax Log for

Jan 24 2018 5:11AM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jan 24 | 5:08AM | Fax Sent | 17148253001 | 2:39 N/A | 4 | OK |

Note:
    An image of page 1 will appear here only for faxes that are sent as Scan and

TO: MRS. DIANE ARTEAGA, Social Worker

FROM: SARA Rodriguez (Recipient/Beneficiary)
MARILU TOUMA (Provider / Legal Representative)

DATE: 1-23-2018

FAX: 714-825-3001

Pages: 4 pages

- Cover FAX (1 page)
- SARA Rodriguez' letter (2 pages)
- Diane Arteaga's letter (1 page)

# EXHIBIT J

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-476-4608 (CELL PHONE)

October 05, 2017

Mrs. Joyce Atluri
County of Orange Social Services Agency
Deputy Director of Adult Services
500 N. State College, Suite #100
Orange, CA 92868
714-245-6278 (Office)
714-541-7800 (Fax)

RE:    REQUEST A CHANGE OF SOCIAL WORKER.
       REQUEST A NEW EVALUATION FOR SARA RODRIGUEZ.
       REQUEST TO BE SEEN/INTERVIEW BY ANY SOCIAL
       WORKER/PERSONNEL FROM IHSS AND/OR HOUSING AUTHORITY
       IN FRONT OF IHSS SECURITY OFFICE.
           (WE DO NOT WANT TO GO IN THE BACK TO ANY SMALL
           ROOM TO BE YELL INSULTED AND/OR OFFENDED).

Mrs. Joyce Atluri:

       American with Disabilities Act of 1990.  Federal Statute aimed to eliminate
       discrimination against disable persons.  Limit information of medical records
       for employment. 42. U.S.C. 12101. Physical or mental impairment that
       substantially limits "a major life activity" 42.U.S.C. 12102.

       California's disability discrimination laws. Cal. Government Code 12940.
       42 U.S.C. 2000a- Prohibition against discrimination or segregation required
       by any law, statute, ordinance, regulation, rule or order of a State of State
       agency.42 U.S.C. 2000a-2      Prohibition against deprivation of, interference
       with, and punishment for exercising rights and privileges secured by section
       2000a or 2000a-1 of this title.required by any law, statute, ordinance,
       regulation, rule or order of a State of State agency.

This is an ongoing incident that is becoming a pattern in the IHSS office located in
Santa Ana, CA.

We want to share with you the treatment that we have been receiving by Mrs. Diane
Artega, Social Worker II, G487.

On May 28, 2017 I mailed to Mrs. Artega (also fax you) a STATEMENT OF REPORTING CHANGES (along with a letter) for my mother, Sara Rodriguez.

- I never received any official answer from Mrs. Artega in the mail.
- Mrs. Artega never sent us the package for CHANGE OF NEW PROVIDER.
- Mrs. Artega did call me once at my cell. My mother authorized Mrs. Artega to talk to me about her personal affairs (IHSS). Mrs. Artega repeatedly kept asking who I was; after I told Mrs. Artega that I was the daughter and my mother authorized Mrs. Artega to talk to me. After that we never heard from Mrs. Artega.

On July 11, 2017 my father, mother and I went to the IHSS office in Santa Ana, CA to inform that we did not received any package in the mail for Sara Rodriguez.

On July 11, 2017 we were informed that Mrs. Artega never processed the CHANGE OF PROVIDER for my mother, Sara Rodriguez.

A manager from the IHSS Public Authority office in Santa Ana, CA process all the paper work for us that date.

On August 30, 2017, my father, mother and I went to the IHSS office in Santa Ana, CA to resolve some discrepancies in my father and mother' time sheets (address, hours, supplement hours, etc).

We had the pleasure to meet Mrs. Adriana, IHSS Accounting Supervisor, who was very professional and helpful to us.

We also met my father' social worker who also was very professional and helpful to us.

Since, we have not heard from you for the last three months (estimate) we request to speak with you.

- When Mrs. Artega came to meet us; Mrs. Artega requested us (my father, my mother and I) to followed her to a small room in the back. In that room, there was another social worker with her clients.
- Since the beginning of the meeting Mrs. Artega was loud and rude. Mrs. Artega scared my parents. I had to ask Mrs. Artega to lower her voice and speak slowly for my mother (Medical Reasons). My parents wanted to leave and asked me to request to speak with another social worker.
- The part that was very upsetting/insulting and offensive was what Mrs. Artega said in the meeting:

County of Orange Social Services AgencyIn-Home Supported Services Program (IHSS)

PAGE 2

> ➤ After my mother gave her authorization for her to talk to me about my mother's affairs; Mrs. Artega did not wanted me to sign the authorization form.
> ➤ Mrs. Artega told me "Who is going to validate your hours?"
> ➤ Mrs. Artega told me if I sign the authorization form "you need another person to validate your hours?"
> ➤ Mrs. Artega changed her attitude; after I requested to speak with her supervisor.

SIMPLY LOGIC AND/OR COMMON SENSE: She did not want me to sign the authorization form for my mother. She repeateadly asked me who was going to validate my hours of work. She even gave me the wrong information to try to stop me for signing the authorization form for my mother.

I do not know Mrs. Artega. I never met her before in my life (until the day of the meeting). I do not know what information she has/had about me. I do not know what gave Mrs. Artega the impression that I am a liar and that I am going to lie in my timesheets.

What I know is that she does not have the right to discriminated/insult my family; just because we are from South America and not Mexicans. The fact that we sound different; it does not mean we are criminals and/or illegals.

I am working very hard helping/assisting/taking care of my father and my mother needs. MY FAMILY AND PEOPLE THAT KNOWS ME KNOWS THAT. I have been very polite, respectful and cooperative with everyone in IHSS, Section 8, medical, non-medical facilities and other governmental agencies; IN RETURN; I have been insulted, offended and emotional abuse several times by several governmental employees.

Any kind of form (libel/slander) that deliberate is used to intentional destroyed/damaged/harm the reputation of a person is unlawful. Any person (agent, professional, local/state/federal agency that deliberate engage in any Act/action (conspiracy) to destroy the reputation of an individual is against the law. 42 U.S.C. § 1985 - U.S. Code - Unannotated 1985. Conspiracy to interfere with Title 42. The Public Health and Welfare § civil rights.

We are requesting the following:

- A change of social worker.
- A new evaluation for my mother, Sara Rodriguez. Even if IHSS does not increase her hours; my mother has the right to be reevaluated after a change of medical condition. Mrs. Arteaga intentionally has denied that right to my mother.
- Request any meeting by any social worker to be in front of IHSS Security Office.
- There is an X after my mother name in her timesheet. We already communicate the problem to IHSS accounting. Accounting department is referring us to Mrs. Artega.

We do not know why, who is putting in X in my mother' name. This is not the initial of my mother's name, middle name or last name.

Mrs. Artega said: if she removed the X; my mother Medical will also be terminated.

Please removed the X; without jeopardizing my mother medical insurance. To this day still in X in my mother's time sheet.

Respectfully,

Marilu Touma

Sara Rodriguez
2478 Rainbow Lane
Brea, CA 92821-4609
714-529-3661 (HOME PHONE)
714-476-4608 (CELL PHONE)

January 23, 2018

Orange County Social Services Agency
Mr. Mike Ryan, Director
500 N. State College Boulevard, Suite 100
Orange, CA 92868-1673

RE:   CHANGE OF SOCIAL WORKER

Dear: Mr. Mike Ryan:

My name is Sara Rodriguez. I am 83 years old disable woman. I received IHSS benefits.

In the last past years; my condition has deteriorated very rapidly. I am legally blind in one eye and in the other I can baverly see. I have severe hearing problems; among other disabliities.

Since, May 2017 my legal representive and I had tried several times to contact Mrs. Arteaga, my social worker (phone calls/letters/fax) to report my medical and non-medical changes and she has ignored my requests and deliberately has denied me that right.

On or about August 2017, my legal representative and I went to meet Mrs. Arteaga in person at the IHSS in Santa Ana; because we were not receiving any respond/reply from her (for three and/or four months est.) In return, she was very rude, disrespecful and were giving us misleading/wrong information. We requested to speak with her manager; she denied me of that right.

On or about September 2017, we sent her a letter with our complaint; we also sent a letter to Mrs. Alturi, Deputy Director of Adult Services. We requested (1) Change of Social Worker (2) reassessment of my medical condition and needs (3) increase of hours, if approve retroactive payment; among other requests. Again, our requested has been ignored by Mrs. Arteaga. And again she has denied me the right to present my situation to IHSS.

After our complaint; Mrs. Arteaga's actions were:

County of Orange Social Services AgencyIn-Home Supported Services Program (IHSS)
Letter to Mike Ryan, Director of Social Services
PAGE 1

On or about November 20, 2017, we received Mrs. Arteaga threat letter date November 8, 2017; pressure me that if I do not make an apointment with her; she will terminate my IHSS benefits. I did not have any apointment with Mrs. Arteaga; I was not aware/I was not inform that she set up any appoinment to see me. I was not feeling well and my husband was sick too.

On or about December, 2017 my IHSS benefits were reduced; without having the opportunity to explain/present my situation. Mrs. Arteaga has denied me that right.

On or about January, 2017 my IHSS benefits were terminated; without having the opportunity to explain/present my situation. Mrs. Arteaga has denied me that right.

As to day, I am not able to pay my provider for the services she is providing to me,

And, in retaliation for the complaint I made against her; Mrs. Arteaga has cut my IHSS benefits.

Respectfully,
Sara Rodriguez /s/ (Beneficiary/Recipient)
Marilu Touma /s/ (Legal Representative/Provider)

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-476-4608 (CELL PHONE)

Marilu F. Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
Telephone: 714-476-4608

February 23, 2018

Luz Vergara
Appeals Supervisor
Orange County Social Services
PROGRAM INTEGRITY
1928 S. Grand Avenue
Santa Ana, CA 92705
P.O. Box 22001
Santa Ana, CA 92702
PHONE: 714-438-8817
FAX: 714-435-4555

RE:   A. DENIAL OF ASSESMENT/PROCESSING CHANGES FOR SARA
         RORIGUEZ.

       B. DENIAL THE RIGHT TO HAVE A PROVIDER.

       C. WITHOUT AN OFFICIAL ASSESMENT REDUCED SARA
           RODRIGUEZ' BENEFITS.

       D. WITHOUT AN OFFICIAL ASSESMENT TERMINATED SARA
           RODRIGUEZ' BENEFITS.

       E. AFTER COMPLAINT AGAINT SOCIAL WORKER/REQUEST
           CHANGE OF SOCIAL WORKER; SARA RODRIGUEZ' BENEFITS
           WERE REDUCE/TERMINATED.

       F. RACIAL/NATIONALITY/DISABILITY DISCRIMINATION; AMONG
           OTHER ALLEGATIONS.

Mrs. Luz Vergara:

My name is Marilu Touma. I am the daughter/legal representative of Sara
Rodriguez. I was also the provider for Sara Rodriguez when her benefits were
abruptly/unfairly terminated without previous notice/reason.

Back on or about August 2017; we made a complaint about Mrs. Arteaga.

On your letter dated February 15, 2017 (I think you meant 2018) you
acknowledged receiving the complaint about the allegations listed above.

We hope and trust the Orange County Social Services Program Integrity will investigate the case.

Sara Rodriguez is a senior citizen with several disabilities; this is causing her a lot pain; suffering and discomfort. She is not able to sleep because of this. Everything that she needed to say; it is explain in the claim that we sent to you. I have explained that to you several times; but you insist that we contact you and keep calling Mr. and Mrs. Rodriguez. They are senior citizen with several disabilities you actions are aggravating their medical conditions.

On February 21, 2018; Sara Rodriguez was notified that you sent her a letter with an appointment for February 22, 2018 at 9;00 am. Again, we contacted you (February 22, 2018 at 7: am) and explained to you that Mrs. Rodriguez got the letter on the 21, 2018 and that she was not feeling well.

I asked you to send us a letter with ALL your questions and I promised you that I will make sure Mrs. Rodriguez respond ALL your questions.

After I explained that to you; you called Mr. and Mrs. Rodriguez at their apartment. Mr. Rodriguez and Mrs. Rodriguez told me you were asking them a lot questions over the phone.

Again, we understand that you need to investigate/process the case and we appreciate that. We want to work with you as well. Since we are dealing with people with disabilities; sometimes we do not have control of their medical conditions.

Again,I am going to ask you to please send us ALL your questions in writing by mail.

We thank the Orange County Social Services Program Integrity for investigating this case.

We are taking other actions as well.

Respectfully Submitted,

Date: 02-23-2018

MARILU TOUMA /S/

EXHIBIT K

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
# RECIPIENT DESIGNATION OF PROVIDER

## INSTRUCTIONS:

- Use black or blue ink. Print information clearly.

- You (or your authorized representative) must complete PART A of this form to let the county know who you have chosen to provide your authorized services.

- If you have multiple providers, you must fill out a separate form for each person who will be providing authorized services for you.

- You must sign the acknowledgement in PART C of this form.

- Please return this completed and signed form to the county. The county will keep the original form and give you a copy.

## PART A. RECIPIENT DESIGNATION OF PROVIDER

1. Recipient's Name: Rodriquez, Sara
2. County IHSS Case #: 0282449
3. Provider's Name: Marsha Tooma
4. Provider's Address: 4439 Huereta Av #2w
   City, State, ZIP Code: Sherman Oaks, CA 91423
5. Provider's Telephone Number: 714-784-6261
6. Provider's Date of Birth: 4-27-68
7. Provider's Social Security #*: 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
8. Provider's Gender (check box): ☐ Male   ☑ Female
9. Provider's Relationship to Recipient (if any): ☐ Parent ☐ Child ☐ Spouse/Domestic Partner ☐ Conservator ☐ Guardian ☑ Other Representative
10. Provider's Start Date: March 3, 2019

*NOTE: The collection of the Social Security Number is required by the Immigration Reform and Control Act of 1986, Public Law 99-603 (8 USC 1324a), for the purposes of verifying the individual's identity and authorization to work in the United States.

I choose the person listed above to be my IHSS provider. This person will provide some or all of the services authorized by the county.

SOC 426A (1/16)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

2. More than 40 hours for me in a workweek if my maximum weekly hours are 40 hours or less in a workweek.

° If I do not get an approved exception, my provider will get a violation for working more than my maximum weekly hours.

° I can **never** authorize my provider to work more than my total authorized monthly service hours. Therefore, when I authorize my provider to work extra hours in one week, I must have the provider work fewer hours in the other week(s) of the month.

° If my provider works for another recipient, the maximum number of hours that he/she may claim in a workweek for all of the time he/she works for his/her recipients combined is 66 hours. **I must make a work schedule for my provider to determine how many hours he/she will be working for me each week to make sure he/she does not work more than 66 hours per workweek.** I will get a Recipient Notification of Maximum Weekly Hours (SOC 2271A) which will include information on my maximum weekly hours so I can use it to make the work schedule for my provider(s). In order to make the schedule, my provider must tell me how many hours he/she is available to work for me each workweek. If my provider cannot work all of my authorized hours, I will need to hire additional provider(s). **If I need help finding and hiring another provider(s), I can call my county IHSS Public Authority to obtain a provider from the registry or my county IHSS office.**

° The county will send me a notice each time my provider gets a violation. If my provider gets three violations, he/she will be suspended from providing IHSS for three months. If he/she gets another violation after being reinstated from the three-month suspension, he/she will be terminated as a provider for one year.

## PART C. RECIPIENT ACKNOWLEDGMENT

I understand and agree to follow all of the requirements listed in this form.

RECIPIENT'S SIGNATURE:

PRINTED NAME:    SARA Rodriguez                    DATE: 9-23-2019

AUTHORIZED REPRESENTATIVE'S SIGNATURE:

PRINTED NAME:    MIRIW TOUMA                       DATE: 9-23-219

### FOR COUNTY USE ONLY

WORKER NAME:                                        DATE:

SOC 426A (1/16)                                                              PAGE 3 OF 3

EXHIBIT L

STATE OF CALIFORNIA – HEALTH AND HUMAN SERVICES

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# IN-HOME SUPPORTIVE SERVICES (IHSS)
# RECIPIENT NOTIFICATION OF MAXIMUM WEEKLY HOURS

| | |
|---|---|
| Notification Date: | 05/01/2019 |
| Recipient Name: | SARA RODRIGUEZ |
| Recipient Case Number: | 0282449 |
| Social Worker Name: | ERICA SARABIA |
| Social Worker Number: | G1E6 |
| Social Worker Telephone: | 714-559-2038 |
| Social Worker Address: | PO Box 22006 |
| | Santa Ana, CA 92702-2006 |

SARA RODRIGUEZ
195 W Central AVE, APT 324
Brea, CA 92821-7500

You are receiving this notification to inform you of your authorized <u>maximum weekly hours</u>.

You were sent a notice of action indicating, as of <u>03/05/2019</u>, your monthly authorized hours are <u>36:47</u>.

Your maximum weekly hours are your monthly authorized hours divided by 4.0 <u>09:12</u>.

If your monthly hours change, you will receive a notice of action of the change in your monthly authorized service hours. You will also receive another notification reflecting the change in weekly authorized hours.

Your provider(s) will not be paid by the IHSS program for any hours exceeding your maximum monthly hours. If you have your provider(s) work additional hours or provide services that are not allowed by IHSS, then you must pay the provider(s) for those additional hours or services.

As a recipient, you are responsible for creating a work schedule for your provider(s) to ensure that he/she do not work in excess of your maximum number of weekly hours and your monthly authorized hours. If your provider is working for more than one recipient, your provider will only be able to work up to 66 hours each week for you or total combined for you and the other recipients. Each provider is responsible for informing you of the hours he/she will be available to work for you.

Should you have any questions regarding this notification, please contact your county IHSS office at the number listed on this notification.

OC 2271A (11/15)

Page 1 of 1

EXHIBIT M

State of California – Health and Human Services Agency    California Department of Social Services

# IN-HOME SUPPORTIVE SERVICES PROGRAM
# NOTICE TO PROVIDER OF INCOMPLETE PAID SICK LEAVE REQUEST FORM (SOC 2303)

**(ADDRESSEE)**

County of: _Orange_

Notice Date: _9/30/2019_
Provider Name: _Martha Tourna_
Provider Number: _000525156_

To:    In-Home Supportive Services (IHSS) Provider

On ___9/23-19___ you submitted an IHSS Provider Paid Sick Leave Request Form (SOC 2302) for processing. Your sick leave request could not be processed because your form is either incomplete, or you are not eligible for the sick leave time being claimed.   Your form could not be processed for the following reason(s):

☐ Did not complete your name, address, and provider number in the spaces indicated.
☐ Did not complete the name and case number of the recipient you work for.
☐ Did not indicate the date(s) of the sick leave absence in the space indicated.
☐ Did not indicate the total number of hours of sick leave being requested.
☐ Did not correctly complete the Hours and Minutes in the spaces provided.
☐ Did not sign and date the form in the areas provided.
☐ You are not eligible to claim sick leave.
☒ You claimed sick leave on a date you weren't active on the case requested.
☐ You claimed sick leave for a day in a future pay period.
☐ Your claim form was received after the last day of the following month in which you claimed sick leave.
☐ You have already been paid for all your accrued sick leave hours.
☐ Other:_____
☐ Please complete and return the enclosed blank sick leave form

You may resubmit your IHSS Provider Paid Sick Leave Request Form after updating it with all the required information if you still have sick leave hours remaining to claim. You may resubmit the completed form to the following address:

Sick Leave Processing Center
P.O. Box 1700
West Sacramento, CA 95691

State of California – Health and Human Services Agency     California Department of Social Services

## Provider Information:

| | |
|---|---|
| Provider Name (Print): | Mark Town |
| Street Address: | 4939 Mucrcth Au #20 |
| City: Shinnci O.R. | State: CA | Zip Code: 91423 |

Provider Number (9 digits): | 0 | 0 | 0 | 5 | 2 | 3 | , | 3 | 6 |

---

## Recipient Information: Recipient the provider works for during the sick leave time.

Recipient Name: _Julio Rodrigues_

Recipient Case Number (7 digits): | 0 | 2 | 8 | 2 | 4 | 4 | 3 |

The minimum amount of paid sick leave that may be used for each occurrence is one (1.0) hour with additional time used in increments of 30 minutes.  I am requesting paid sick leave for pay period __4 / 1 - 4 / 15  2019__ for the following date(s):

Absence Date: | U | 8 | / | 0 | 5 | / | 2 | 0 | 1 | 9 |     Total Hours Requested: | 3 | : | | |

Absence Date: | 0 | 8 | / | 0 | 6 | / | 2 | 0 | 1 | 9 |     Total Hours Requested: | 3 | : | | |

Absence Date: | 0 | 8 | / | 0 | 9 | / | 2 | 0 | 1 | 9 |     Total Hours Requested: | 2 | : | | |

---

I hereby acknowledge that
- The information provided above is true and correct.
- I have spoken to my recipient(s), and he/she/they know that I will be taking sick leave on the dates and for the amount of time indicated above.

| Provider's Signature: | Date: 4-23-19 |
|---|---|

Please submit this completed form to the following address for processing:

**Sick Leave Processing Center**
**P.O. Box 989700**
**West Sacramento, CA 95798-9700**

SOC 2302 (5/19)                                                              Page 2 of 2

# EXHIBIT N

3nd Request

## FAX COVER

TO: ~~ERICA SARABIA~~ Luz Nopoles (Lonetto)?

FROM: MARILU TOUMA

DATE: AUGUST ~~19~~ 28, 2019 September 24, 2019

FAX NUMBER: 714-825-~~3001~~ 3212

DOCUMENTS: ~~4~~ PAGES

1. FAX COVER (1 PAGE)

2. ~~LETTER TO ERICA SARABIA (IHSS AUTHORIZED MONTLY HOURS = 79.13 HOURS FOR FROILAN RODRIGUEZ) DATED AUGUST 18, 2019 (1 PAGE)~~

3. LETTER TO ERICA SARABIA (REQUEST IHSS TIMESHEET FOR MONTH OF AUGUST 2019 FOR FROILAN RODRIGUEZ) DATED AUGUST 18, 2019 (1 PAGE) Luz Nipolos

4. LETTER TO ERICA ~~SARABIA~~ (REQUEST IHSS TIMESHEETS FOR MONTHS OF MARCH THROUGH ~~AUGUST~~ September 2019 FOR SARA RODRIGUEZ) DATED AUGUST 18, 2019 (2 PAGE)

*Docs. (above) will be also mail.

3rd 2nd Request

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-784-6261

August 28, 2019   September 27, 2019

ERICA SARABIA   Luz Napoles
IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM   Public Authority Supervisor
P.O. BOX 22006
SANTA ANA, CA 92702
714-559-2038
714-825-3001   714 - 825 - 3174

RE: REQUEST TIMESHEETS FOR MONTHS OF MARCH THROUGH AUGUST September 2019
SARA RODEIGUEZ.  CASE NUMBER: 0282449

Dear: Mrs. Erica Sarabia   Luz Napoles

I did not received times sheets for the months of March through August 2019 for Sara Rodriguez.

Please mail the timesheet to the address listed above.

Sincerely,
Marilu Touma /s/

REQUEST FOR TIMESHEET FOR MONTH OF AUGUST 2019 FOR SARA RODRGUEZ.  March - September 2019
PAGE 1

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-784-6261

August 18, 2019

ERICA SARABIA
IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
P.O. BOX 22006
SANTA ANA, CA 92702
714-559-2038
714-825-3001

RE: REQUEST TIMESHEETS FOR MONTHS OF MARCH THROUGH AUGUST 2019
SARA RODEIGUEZ.  **CASE NUMBER: 0282449**

Dear: Mrs.  Erica Sarabia

I did not received times sheets for the months of March through August 2019 for Sara Rodriguez.

Please mail the timesheet to the address listed above.

Sincerely,
Marilu Touma /s/

*2nd Request*

## FAX COVER

TO: ERICA SARABIA

FROM: MARILU TOUMA

DATE: AUGUST 28, 2019

FAX NUMBER: 714-825-3001

DOCUMENTS: 5 PAGES

1. FAX COVER (1 PAGE)
2. ~~LETTER TO ERICA SARABIA (IHSS AUTHORIZED MONTLY HOURS = 79.13 HOURS FOR FROILAN RODRIGUEZ) DATED AUGUST 18, 2019 (1 PAGE)~~
3. LETTER TO ERICA SARABIA (REQUEST IHSS TIMESHEET FOR MONTH OF AUGUST 2019 FOR FROILAN RODRIGUEZ) DATED AUGUST 18, 2019 (1 PAGE)
4. LETTER TO ERICA SARABIA (REQUEST IHSS TIMESHEETS FOR MONTHS OF MARCH THROUGH AUGUST 2019 FOR SARA RODRIGUEZ) DATED AUGUST 18, 2019 (2 PAGE)

*Docs. (above) will be also mail.

*2nd Request*

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-784-6261

*2X*

August 18, 2019

ERICA SARABIA
IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
P.O. BOX 22006
SANTA ANA, CA 92702
714-559-2038
714-825-3001

RE: REQUEST TIMESHEETS FOR MONTHS OF MARCH THROUGH AUGUST 2019
SARA RODEIGUEZ.  CASE NUMBER: 0282449

Dear: Mrs.  Erica Sarabia

I did not received times sheets for the months of March through August 2019 for Sara Rodriguez.

Please mail the timesheet to the address listed above.

Sincerely,
Marilu Touma /s/

*2nd Request*

Marilu Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
714-784-6261

August 28, 2019

ERICA SARABIA
IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
P.O. BOX 22006
SANTA ANA, CA 92702
714-559-2038
714-825-3001

RE: REQUEST TIMESHEET FOR MONTH OF AUGUST 2019
FROILAN RODEIGUEZ.  CASE NUMBER: 0282449

Dear: Mrs.  Erica Sarabia

We did not received/misplaced the worksheet for Month of August 2019.

Please mail the timesheet to the address listed above.


Sincerely,
Marilu Touma /s/


REQUEST FOR TIMESHEET FOR MONTH OF AUGUST 2019 FOR FROILAN RODRGUEZ.
PAGE 1

# EXHIBIT O

IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
INDIVIDUALIZED BACK-UP PLAN AND RISK ASSESSMENT

| RECIPIEN'S NAME:<br>FROILAN RODRIGUEZ | CASE NUMBER:<br>0280868 |
|---|---|

## AGREEMENT AND SIGNATURES

### SECTION 5 - AGREEMENT AND SIGNATURES

By signing below, you, your social worker, and any other individual(s) you have chosen to be involved in this process, is confirming you discussed and agree with the information contained in this Individualized Back-Up Plan and Risk Assessment

**Recipient**

Signature: _____ Date: _____

**County Staff**

Signature: _____ Date: 5/7/19

Erica Sirabis SW

**Authorized Representative**

Signature: _____ Date: 5/7/15

Print Name and Relationship: _____

**Other**

Signature: _____ Date: _____

Print Name and Relationship: _____

In the event there have been no changes in the Individualized Back-Up Plan and Risk Assessment from the prior year, the Recipient/Social Worker can sign below confirming no change.

**Recipient/ Authorized Representative**

Signature: _____ Date: _____

**County Staff**

Signature: _____ Date: _____

Print Name and Title: _____

Distribution:                    Original/Case File                    Copy/Recipient
                                Page 3 of 4

## SERVICIOS DE APOYO EN EL HOGAR
### Lista de control de las responsabilidades del beneficiario/empleador

YO, _Froilan Rodriguez_ , HE SIDO INFORMADO POR MI TRABAJADOR SOCIAL QUE COMO BENEFICIARIO/EMPLEADOR SOY RESPONSABLE DE LAS ACTIVIDADES QUE SE ENUMERAN A CONTINUACIÓN.

1) Proporcionar la documentación requerida a los trabajadores sociales para determinar la continuidad de la elegibilidad y la necesidad de servicios. La información a presentar incluye, entre otras cosas, modificaciones en los ingresos, la composición del hogar, el estado civil, la posesión de propiedades, el número de teléfono y el tiempo que me encuentro fuera del hogar.

2) Encontrar, contratar, capacitar, supervisar y despedir al proveedor que contrato.

3) Cumplir las leyes y las reglas relacionadas con los salarios, las horas, las condiciones de trabajo y la contratación de personas menores de 18 años.

NOTA: Consulte la Orden N.º 15 de la Comisión de Bienestar Industrial (*Industrial Welfare Commission*, IWC) relacionada con los salarios, las horas y las condiciones de trabajo que se puede obtener en el Departamento de Relaciones Industriales (*Department of Industrial Relations*) del estado, División de Cumplimiento de Normas de Trabajo (*Division of Labor Standards and Enforcement*) que figura en el directorio telefónico. Comuníquese con el distrito escolar local para obtener información adicional sobre la contratación de menores.

4) Verificar que el proveedor reside legalmente en los Estados Unidos. El proveedor y yo completamos el Formulario I-9. Conservaré este formulario durante el menos tres (3) años o durante un (1) año después de finalizado el empleo, el período que sea más extenso. Protegeré la información confidencial del proveedor, como el número de seguro social, la dirección y el número de teléfono.

5) Garantizar las normas de compensación, la planificación del trabajo y las condiciones de trabajo para el proveedor.

6) Informar al trabajador social cualquier modificación futura de los proveedores, incluido lo siguiente:
     ___ nombre;
     ___ dirección;
     ___ número de teléfono;
     ___ parentesco, si lo hay;
     ___ horas que debe trabajar y servicios que debe prestar cada proveedor.

7) Informar al proveedor que el salario bruto por hora es $___ **$12.00** ___ , y que los impuestos del Seguro de discapacidad del seguro social y del estado se deducen de los salarios del proveedor.

8) Informar al proveedor que puede solicitar que los impuestos federales o estatales sobre la renta se deduzcan de sus salarios. Ordenar al proveedor que presente el Formulario W-4 (para la retención de impuestos federales sobre los ingresos) o el Formulario DE 4 (para la retención de impuestos estatales sobre los ingresos).

9) Informar al proveedor que tiene beneficios de compensación por lesiones de trabajo, beneficios del Seguro de desempleo del estado y beneficios del Seguro de discapacidad del estado.

10) Informar al proveedor que recibirá una hoja informativa donde se indicarán los servicios autorizados y el tiempo autorizado que se determinan para prestar esos servicios. Informar al proveedor que no se le paga por el trabajo que realiza cuando me encuentro fuera del hogar (por ejemplo, en un hospital o de vacaciones).

11) Pagar mi parte del costo, si corresponde.

12) Verificar y firmar la planilla de control de horas del proveedor por cada período de pago, donde se indiquen correctamente los días y la cantidad total de horas trabajadas. Comprendo que se me pueden iniciar acciones penales según las leyes federales y estatales por dar información falsa o por ocultar información. Comprendo que, cuando se solicite, deberé colocar mi huella dactilar en la planilla de control de horas del proveedor para ratificar los días y las horas trabajadas. Esto será necesario para que el proveedor pueda recibir el pago.

13) Asegurarme de que el proveedor firme la planilla de control de horas.

14) Informar al proveedor que envíe por correo la planilla de control de horas a la dirección que corresponda al final de cada período de pago.

_____
Firma del beneficiario

_____ _5-7-19_
                                        Fecha

_____
Nombre en letra de imprenta

C 332 (SP) (9/09)

EXHIBIT P

**What is IHSS?**

IHSS is a statewide program administered by each county under the direction of the California Department of Social Services. It provides those with limited income who are disabled, blind or over the age of 65 with in–home care services to help them remain safely at home.

**The four different IHSS programs explained...**

There are four different IHSS programs: The Community First Choice Option Program (CFCO), the Medi–Cal Personal Care Services Program (PCS ), the IHSS Independence Plus Option Program (IPO ) and t he Original or Residual IHSS Program (IHSS–R). Each of these programs provides the same services, but have different eligibility criteria based, in part, on whether they are funded with federal money.

- CFCO – Recipients are eligible because they have qualified for Medi-Cal and would otherwise need a nursing home level of care.  Most IHSS recipients are in the IHSS-CFCO program.
- PCS – Recipients are eligible because they have qualified for Medi–Cal on the basis of age, blindness or disability. Most IHSS recipients who do not qualify for the IHSS-CFCO program are part of the Medi-Cal PCS program.
- IPO – Recipients are eligible because they have qualified for Medi–Cal and are also part of one of the following groups: parent provider for a minor child, spouse providers, advance pay cases or meal allowance cases.
- IHSS–R – Recipients do not meet PCS or IPO requirements and are usually persons with Satisfactory Immigration Status, which denies them federal reimbursement.  There are very few people in this category.

**What services does IHSS provide?**

Services include, but are not limited to:

- Domestic and Related Services: meal preparation, cleaning, laundry and taking out the garbage.
- Personal Care Services/Non–Medical Care: bathing, feeding, dressing, grooming and toileting.
- Paramedical Tasks: assistance with medications, injections, bowel and bladder care .

- ○ Protective Supervision: monitoring persons with cognitive or mental impairments to prevent injury.
- ○ Transportation and accompaniment to medical appointments.

## Who is eligible for IHSS?

Any California resident is eligible for IHSS if they:

- ○ Are SSI/SSP or Medi–Cal eligible.
- ○ Are blind, disabled or 65 years of age or older.
- ○ Are living in a home, apartment or abode of their choosing (not including a hospital, nursing home, assisted living or licensed care facility).
- ○ Are unable to live safely at home without care.

*Note:* Residents of long- term care facilities may not receive IHSS in the facility, but may apply if they are expected to be discharged so that IHSS is in place when they return to their homes.

## What are the financial requirements for IHSS?

To be eligible for IHSS, a person must be enrolled in Medi-Cal. For more information on financial eligibility for Medi-Cal, see CANHR's fact sheet on Community-Based Medi-Cal programs. Individuals who receive Medi-Cal with no share of cost (SOC), through SSI-linked Medi-Cal, the 250% Working Disabled Program, Aged and Disabled Federal Poverty Level Program (income limit of $1235 for an individual and $1663 for a couple as of April 1, 2017), or expansion Medi-Cal, will also be entitled to IHSS with no SOC.

Individuals whose income is too high to qualify for IHSS with no SOC may still be eligible for IHSS and Medi-Cal with a SOC under the Aged-Blind-Disabled Medically Needy Program (ABD-MN). If so, they will have to pay their SOC to their IHSS provider (or other Medi-Cal providers) before getting covered IHSS and other Medi-Cal services. Those who qualify for IHSS and Medi–Cal with a SOC will receive two Notices of Actions (NOA). One NOA from the Medi– Cal program stating the SOC amount and the other NOA from IHSS stating they are eligible for benefits. Even though there are two NOA s, the recipient will have only one SOC . If the recipient is cut off from IHSS or no longer needs it, but would still like Medi–Cal benefits, he/she will be responsible for paying the SOC determined in the Medi–Cal NOA .

## How do I calculate my share of cost?

2

## CLAIM FOR MONEY OR DAMAGES
## AGAINST THE COUNTY OF ORANGE
(Pursuant to Govt. Code section 910 et seq.)

Received by _____ via:

☐ Mail

☐ Over the Counter

☐ Pony Mail

☐ Other          *** COB USE ONLY***

Completed and signed forms must be mailed or delivered to: Clerk of the Board of Supervisors
(Unsigned claim forms cannot be processed)                333 W. Santa Ana Blvd., Suite 465
                                                          Santa Ana, CA 92701

## CLAIMANT INFORMATION

1. Claimant's Name: _MARILY TOUMA_     2. Date of Birth: _4-27-68_

3. Claimant's Address: _4439 Myricho Ave #20 Sherman Oaks, CA 91423_
   Street (or P.O. Box)    City    State    Zip Code

4. Phone Number: _714-476-4608_
   Home          Work          Other

5. Name and address where correspondence should be sent (if different from above):
   _Same as above_
   Name    Street (or P.O. Box)    City    State    Zip Code

## CLAIM INFORMATION

6. Exact date (including year) of the occurrence or transaction which gave rise to the claim asserted: _On or about May 2017._

7. Exact location of the occurrence or transaction which gave rise to the claim asserted: _IHSS, Orange County._

8. Describe the circumstances of the occurrence or transaction which you claim caused the damage/injury/loss: _Please See attach claim_

9. Jail Booking Number: _____    Police Agency/Report Number: _____

10. Provide a description of the damage/injury/loss incurred so far as is known as of the time of this claim: _Please see attach letter_

Revised 9/08

Page 1 of 2

11. Name(s) of County employee(s) causing damage/injury/loss, if known: _____
_____IHSS employee, Diane Arteaga._____

12. License number of County vehicle (if applicable): ___County of Orange.___

13. Name, address and phone number of any and all witnesses known: ___Emilio Rodriguez,___
___Sara Rodriguez 2478 Reimbursare Brea, CA 92821___ 714-529-366

14. Any additional information that may assist us in evaluating your claim: _____
___I Tried to assert my Right by making several complaints to IHSS and___
requesting a formal hearing. I had experienced several obstacles that impeded me
Medical Problems    DAMAGES CLAIMED  To bring my case to your office
before. I have proof of that.

15. a. If the amount claimed is less than $10,000:
   Amount claimed to present: $ _____

   Estimated amount of any prospective damage/injury/loss: $ _____

   TOTAL AMOUNT CLAIMED: $ _____

b. If the amount claimed exceeds $10,000, would the case be a limited civil case ($25,000 or less)?
   Yes _____       No __✓__

c. Basis of computation of the amount of damages (Please attach any estimates and/or receipts): _____
   ___Unlimited case.___

WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM
Section 72 of the Penal Code states: "Every person who, with intent to defraud, presents for allowance or for payment to any state board or officer, or to any county, city, or district board or officer, authorized to allow or pay the same if genuine, any false or fraudulent claim, bill, account, voucher, or writing, is punishable either by imprisonment in the county jail for a period of not more than one year, by a find of not exceeding one thousand dollars ($1,000), or by both such imprisonment or fine, or by imprisonment in the state prison, by a fine of not exceeding ten thousand dollars ($10,000), or by both such imprisonment and fine."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25__ day of __July__ 20_18_ at _the City of Sherman Oaks CA_

_____
Signature of Claimant or Claimant's Representative

You Must Present Your Claim Within The Time Prescribed By Govt. Code Section 911.2

Revised 9/08

Case 8:19-cv-02412-VBF-KS   Document 1   Filed 12/13/19   Page 85 of 120   Page ID #:85

## YOUR RIGHTS

All people and organizations providing public assistance must respect your rights. They can help you understand and apply for benefits and services.

☒ You have the right to an interpreter free of charge.

☒ Ud. tiene derecho a un intérprete gratis

☒ Вы имеете право на услуги Переводчика

☒ 你有权利自由译员

☒ May karapatan kang magkaroon ng tag ugnay na walang bayad.

☒ Quý vị có quyền được một thông dịch viên miễn phí.

☒ Koj muaj txoj cais yuav ib tus neegtxhais lus Hmoob rau koj.

☒ على مترجم دون أية تكلفة. لديك الحق في الحصول

☒ Ihnf անվճար թարգմանիչ hrամադruf nւնէf:

☒ អ្នកមានសិទ្ធិ ទទួលបានអ្នកបកប្រែភាសាជូន ដោយមិនបាច់បង់ថ្លៃឈ្នួលឡើය

☒ 여러분은 무료 통역 서비스를 받을 권리가 있습니다

☒ ناگیایر ىهافش همجرت تامدخ زا دیراد قح امش .دیدرگ دنم هرهب

☒ ທ່ານມີສິດດຳເນີນບາຍແປພາສາ ທີ່ມີຄວາມຊ່ຽວຊານໂດຍບໍ່ເສຍຄ່າ

☒ ਤੁਹਾਨੂੰ ਬਿਨਾਂ ਲਾਗਤ ਦੇ ਅਨੁਵਾਦਕ ਦਾ ਅਧਿਕਾਰ ਹੈ।

☒ Ви маєте право на безкоштовного перекладача.

☒ Você tem o direito a um/a interprete gratuito/a!

☒ あなたは無料の通訳の権利を有してもいい。

☒ Meih maaih leiz haih duqv dauh faan waac mienh tengx meih maiv zuqc buix nyaanh.

## YOU HAVE A RIGHT TO...

1. Understand what is happening with your application and aid.
2. Get written and oral explanations about your application and aid.
3. Get a receipt for any documents you turn in.
4. See your case record.
5. See state and county laws and regulations.
6. Ask a judge to review any county decision about your eligibility, benefits, or services.
7. Not face discrimination in receiving program benefits or services.
8. File a complaint about discrimination.
9. Get extra help from county staff to make sure you get your benefits if you have a disability or impairment that makes it hard to understand the program rules.
10. Have your information kept confidential.
11. Be treated with courtesy and respect.

## IF YOU ARE HAVING PROBLEMS WITH YOUR AID OR SERVICES:

1. Keep records of all your information, documents, and contacts with the county.
2. Get a receipt when you turn anything in.
3. You can bring someone with you to a meeting with your worker.
4. Complain. There are 4 ways to do this:

☒ *Informal:* You can ask to speak to a supervisor to talk about problems with a worker or to go over the rules and the proposed action on your aid or services.

☒ *State Hearing:* Ask for a state hearing if there is a problem with your aid or services. **You must ask for a hearing within 90 days of the county's action.** You may be able to file after 90 days if you have a good reason, like illness or a disability.

☒ *Discrimination complaint:* If you feel that the county has discriminated against you, you can make a discrimination complaint to the County's Civil Rights Coordinator or to the State Civil Rights Bureau, and to the Federal Government. You must do this within 180 days of the discrimination. For more on this, see the section beginning "Prohibited Discrimination."

If the discrimination also affects your benefits or services, you must also ask for a state hearing if you wish to challenge the county's decision on your benefits or services.

☒ *Grievance:* You can file a complaint with the county if they have a grievance procedure. **This does not protect your benefits** in the way that asking for a state hearing does.

## STATE HEARINGS

☒ You can ask for a state hearing any time you disagree with a county's action on your benefits or services.

☒ You can also ask for a state hearing if the county is not giving you benefits or services which you think you should get.

☒ A state hearing is heard by a state Administrative Law Judge. The county will have someone at the hearing to explain why they took their action.

☒ A state hearing is not a court hearing. You do have the right to have a representative with you. There are free legal services in every county. They are listed on the back of your county notices. You can bring witnesses. You have the right to a free interpreter. Ask the county how to get one.

  ○ If your problem is with General Assistance or general relief, you must ask for a county hearing.

  ○ If your problem is with Social Security benefits, you must contact the Social Security Administration.

## CONTINUING YOUR AID OR SERVICES PENDING A STATE HEARING

The county must give you a notice at least 10 days before any action to change your aid or services takes place. If you ask for a hearing before the action takes place, you can get "aid paid pending" your hearing. This means your aid stays the same until you get a hearing decision.

**You MUST ask for a hearing on any new notice you get, if you disagree.**

## TIME LIMITS TO TAKE ACTION

If you suffer discrimination, you must submit your complaint within 180 days of the actual discrimination. If the discrimination also affected the level of your benefits and services, you must also ask for a state hearing within 90 days. A discrimination investigation cannot change your benefit levels or services...only a state hearing can do that.

## LIMITS ON CERTAIN RIGHTS

Although you have the right to privacy and confidentiality, there are certain laws that allow limited exceptions. You can ask the county for the laws.

## QUESTIONS

If you have any questions about the rights listed here, call the Public Inquiry Unit: toll free (800) 952-5253. The TDD toll-free telephone number is (800) 952-8349.

## PROGRAMS COVERED BY THIS PAMPHLET

- Adoption Assistance Program (AAP)
- Adult Protective Services
- Alcohol and Drug Program
- California Food Assistance Program (CFAP)
- Medi-Cal
- CalWORKs
- CalWORKs Child Care
- CalWORKs Welfare-to-Work Program/Services
- Cash Assistance Program for Immigrants (CAPI)
- Child Welfare Services
- Denti-Cal
- Early & Periodic Screening, Diagnosis, and Treatment (EPSDT)
- CalFresh (Food Stamps)
- Foster Care
- In-Home Support Services
- Kinship Guardian Assistance (Kin-GAP)
- Mental Health

- Multipurpose Senior Services Program (MSSP)
- Personal Care Services Program (PCSP)
- Refugee Cash Assistance
- Social Services



STATE OF CALIFORNIA

HEALTH AND HUMAN
SERVICES AGENCY

DEPARTMENT OF
SOCIAL SERVICES

This pamphlet is available from your Local County Welfare Office and at www.cdss.ca.gov in the following languages:

| | | |
|---|---|---|
| ° Arabic | ° Japanese | ° Russian |
| ° Armenian | ° Korean | ° Spanish |
| ° Cambodian | ° Lao | ° Spanish Large Print |
| ° Chinese | ° Mien | ° Tagalog |
| ° Farsi | ° Portugese | ° Ukranian |
| ° Hmong | ° Punjabi | ° Vietnamese |

Also Available in large print, Braille, and Audio CD

# YOUR RIGHTS

## UNDER CALIFORNIA WELFARE PROGRAMS

*... for people applying for or receiving public aid in California*

Tell us if you need help because of a disability

 Ask for a free interpreter

Case 8:19-cv-02412-VBF-KS   Document 1   Filed 12/13/19   Page 86 of 120   Page ID #:86

EXHIBIT Q

# U.S. Equal Employment Opportunity Commission

## Los Angeles District Office

| | |
|---|---|
| **Location:** | Roybal Federal Building<br>255 East Temple St., 4th Floor<br>Los Angeles, CA 90012 |
| **Phone:** | 1-800-669-4000 |
| **Fax:** | 213-894-1118 |
| **TTY:** | 1-800-669-6820 |
| **ASL Video Phone:** | 844-234-5122 |
| **Director:** | Rosa Viramontes |
| **Regional Attorney:** | Anna Y. Park |
| **Office Hours:** | The Los Angeles District Office is open Monday through Friday from 8:00 a.m. to 4:30 p.m. Office visitors must present a valid state or federal identification (i.e. state driver's license, state I.D. or U.S. passport) to gain entrance into the building. If you do not have a photo ID, please contact our office for additional information.<br><br>Although walk-ins are accepted, scheduling an interview is strongly recommended, and individuals with appointments will be given priority. If you choose to visit our office as a walk-in, we encourage you to come as early as possible. If you arrive in our office after 2:00 p.m., we cannot guarantee that the interview will be completed that day. We encourage you to schedule an interview through our online system. |
| **Additional Information / POC** | To submit an inquiry and schedule an appointment for an interview we encourage individuals to use the online system at https://publicportal.eeoc.gov/portal/. The system can also be accessed by going directly to our website at www.eeoc.gov. |

Marilu F. Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
Telephone: 714-476-4608



February 05, 2018

U.S. Equal Employment Opportunity Commission
Los Angeles District Office
Roybal Federal Building
255 East Temple St., 4th Floor
Los Angeles, CA 90012
1-800-669-4000
213-894-1118

RE:    RACIAL/NATIONALITY/DISABILITYCOMPLAINT.
NOTICE OF CLAIM FOR DEPRIVATION OF CIVIL RIGHTS AND PERSONAL DAMAGES AGAINST THE COUNTY OF ORANGE, IHSS AGENCY AND COUNTY EMPLOYEE:  DIANE ARTEAGA.

To Whom It May Concern:

My name is Marilu Touma.  I am a disable woman.  I am also the daughter/legal representative of Sara Rodriguez.

Sara Rodriguez is 83 years old disable woman.  In the last past years her medical conditions had deteriorated very rapidly.  She has severe hearing problems; her vision is very poor (blind in one eye), severe Arthritis, among other physical disabilities.

On or about May 2017; I applied to IHSS to became her new provider; since on or about January 2017 I have been taking care of her.

Mrs. Diane Arteaga is a social worker for In-Home Support Services (IHSS), Department of Social Services for the County of Orange, State of California.  Mrs. Arteaga is Sara Rodriguez' social worker.

On or about May 2017; I informed via (fax/letter) Mrs. Arteaga about Sara Rodriguez's medical and non-medical changes.  Mrs. Arteaga ignored my letter.

I mailed the STATEMENT OF REPORTING CHANGES to Mrs. Arteaga via (fax/letter/phone) to informed the new changes. Mrs. Arteaga ignored the Statement of Reporting Changes.

On or about July 2017, Mrs. Arteaga called me in my phone and asked to speak with Sara Rodriguez. Sara Rodriguez authorized Mrs. Arteaga to talk to me. Even after Sara Rodriguez gave Mrs. Arteaga authorization to speak with me; Mrs. Arteaga was reluctant to speak with me; she was rude, hostile and kept asking me "who I was?". Before, Mrs. Artega hanged up the phone, she told me, she was going to send a package/ information in the mail. Mrs. Arteaga never did.

Mrs. Arteaga's under "Color of law":
- Deliberate ignored the Statement of Reporting Changes I sent to her.
- Deliberate ignored the request I made for new assessment for Sara Rodriguez.
- Deliberate ignored the request I made to increase Sara Rodriguez' hours; because I was spending a lot time/hours taking care of Sara Rodriguez' medical and non-medical affairs.
- Deliberate ignored my phone calls/messages.
- I was working and I was not getting paid.

On July 11, 2017 I went with Sara Rodriguez and her husband to the IHSS office in Santa Ana, CA to inform that I did not received the package for her new provider. On July 11, 2017 we were informed that Mrs. Arteaga never processed the STATEMENT OF REPORTING CHANGES for SARA RODRIGUEZ.

- After I provide with copies of letters/forms that I sent to Mrs. Arteaga; a manager from the IHSS Public Authority processed my paper work; so I can get pay.

On August 30, 2017, I went with Sara Rodriguez and her husband to the IHSS office in Santa Ana, CA to inform them that I was not getting any respond from Mrs. Arteaga.

We requested to speak with Mrs. Arteaga.

- This was the first time I met Mrs. Arteaga.

- Mrs. Artega directed us to go to a small room for the meeting.  In that room, there was another social worker with her clients.
- Since the onset; Mrs. Arteaga was yelling at us. She was very disrespectful and rude.  Mrs. Arteaga made Mrs. and Mr. Rodriguez felt nervous and scared.
- Mrs. Arteaga refused to speak with me.
- I asked her to lower her voice and to speak slowly because we could not understand her. She kept yelling.
- I told Mrs. Arteaga I was the new provider/legal representative of Sara Rodriguez. I wanted to discuss Mrs. Rodriguez medical and non-medical changes.  I could not do it.  She kept talking to us in a very confrontational and aggressive manner.
- Mrs. Arteaga refused to speak with me because she did not have in file the "legal representative form" with my signature.  She asked Mrs. Rodriguez if she authorized her to speak with me.  Again, Mrs. Rodriguez agreed.
- Even after Mrs. Rodriguez agreed; Mrs. Arteaga would not give the form to me to sign. She proceeded to say: "Who is going to validate your hours?"; if you sign the authorization form "you need another person to validate your hours? "you need another person to sign this form".
- Mrs. Arteaga was denying me the right to be the legal representative for Mrs. Rodriguez.  Mrs. Arteaga was denying the right to work.  Mrs. Arteaga was insulting me/inferring that I was going to lie in my time sheets.  I asked Mrs. Arteaga to provide me with more information about why I cannot sign the "legal representative form" and or be the legal representative of Mrs. Rodriguez.  She refused/declined to provide me with that information.

- I asked Mrs. Arteaga to speak with her supervisor/manager. She refused/declined to let me talk with her supervisor.
- I could not do my job; inform/discuss Mrs. Rodriguez medical and non-medical changes with Mrs. Arteaga.

The other clients (Hispanics and non-Hispanics) who were at the IHSS office interacting with other Social Workers were not treated the way we were treated. We were discriminated and treated unfairly and different because we are from South America and we are not Mexicans. Our Race, National Origen, Language (accent) were the main factors for Mrs. Arteaga for treating us the way she did.
I requested:

- A change of social worker for Sara Rodriguez.
- A new evaluation/assessment for Sara Rodriguez.
- Retroactive payment, if qualify for more hours for Sara Rodriguez.

My requests/complaints have been ignored by IHSS.

Mrs. Arteaga sent threats letter to me and to Sara Rodriguez. If Sara Rodriguez and I do not meet with her; she was going to terminate my work and Sara Rodriguez' IHSS benefits.

On or about November 2017; Mrs. Arteaga made an appointment to see me and Mrs. Rodriguez at her home. I was not there along with Mrs. Rodriguez; because we did not know there was an appointment.

On or about December 2017; Mrs. Arteaga reduced my working hours from IHSS.

On or about January 2018; Mrs. Arteaga stop my working hours from IHSS. I am not getting paid for my services I was/am providing to my recipient since approximately January 2017. Mrs. Arteaga has denying me the right to work.

I am a disable person with several disabilities; I am working very hard helping/assisting/taking care of my father and my mother needs. MY FAMILY AND PEOPLE THAT KNOWS ME KNOWS THAT. I have been very polite, respectful and cooperative with everyone in IHSS, Section 8, medical, non-medical facilities and

CLAIM FOR PERSONAL DAMAGES AGAINST THE COUNTY OF LOS ANGELES
PAGE 4

other governmental agencies; IN RETURN; I have been insulted, offended and emotional abuse several times by several governmental employees.

Any kind of form (libel/slander) that deliberate is used to intentional destroyed/ damaged/harm the reputation of a person is unlawful. Any person (agent, professional, local/state/federal agency that deliberate engage in any Act/action (conspiracy) to destroy the reputation of an individual is against the law. 42 U.S.C. § 1985 - U.S. Code - Unannotated 1985. Conspiracy to interfere with Title 42. The Public Health and Welfare § civil rights.

That as a direct result of series intentional local, county, state, federal violations and malicious acts toward my person; I have suffered:

- Emotional anguish.
- Physical injuries.
- Loss of job/income.
- Time spend in filing several complaints.
- Loss of reputation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted,

Date: 01-24-2018

MARILU TOUMA

# EXHIBIT R

# Fax Cover

TO:  EEOC WASHINGTON DC HEADQUARTERS

FROM:  MARILU TOUMA

PHONE: 714-476-4608

FAX:  202-653-6053

PAGES: 19 PAGES
1. FAX COVER (1 PAGE)
2. COMPLAINT/LETTER TO EEOC WASHIGTON DC HEADQUARTER DATED 02-23-18 (3 PAGES).
3. COMPLAINT/LETTER TO EEOC DIRECTOR, ROSA VIRAMONTES, EXHIBITS DATED 02-15-18 (10 PAGES)
4. RACIAL/NATIONAL/DISABILITY COMPLAINTI FILED WITH EEOC LA OFFICE  ON FEBRUARY 15, 2018. CLAIM WAS NOT PROCESS. NO RIGHT TO SUE LETTER WAS ISSUE.  (5 PAGES)
5. REQUEST EEOC WASHIGNTON HEADQUARTEER TO PROCESS CLAIM AND ISSUE RIGHT TO SUE LETTER.

Marilu F. Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
Telephone: 714-476-4608

February 23, 2018

U.S. Equal Employment Opportunity Commission
Washignton DC, Headquarters
131 M Street, NE, Fourth Floor, Suite 4NWO2F,
Washington, DC 20507-0100.

RE:    COMPLAINT AGAINST MR. RAMIRO GUITIERREZ, EEOC SUPERVISOR, MRS. ESCOBAR, SENIOR INTERVIEWER AND FOUR EEOC EMPLOYEES (UNKNOWN NAMES).
ALLEGATIONS:
A.    MR. GUITIERREZ DENY MRS. TOUMA THE RIGHT TO PROCESS HER RACIAL/NATIONAL AND DISABILITY DISCRIMINATION CLAIM AT THE EEOC OFFICE.
B.    MR. GUITIERREZ TREATED MRS. TOUMA DIFFERENTLY FROM OTHER PEOPLE AT THE EEOC OFFICE.
C.    MR. GUITIERREZ REFUSED TO GIVE MRS. TOUMA THE "RIGHT TO SUE LETTER".
D.    MR. GUITIERREZ USED PHYSICAL AGGRETION TO INTIMIDATE MRS. TOUMA AND TO ORDERED HER TO GO TO A ROOM WITH HIM ALONE.
E.    MR. GUITIERREZ USED VERBAL INTIMIDATION TO ORDER MRS. TOUMA TO GO TO A ROOM WITH HIM ALONE.
F.    AFTER, MRS. TOUMA REFUSED TO BE IN A ROOM ALONE WITH HIM; MR. GUTIERREZ TOLD MRS. TOUMA TO LEAVE THE EEOC OFFICE.
G.    MR. GUITIERREZ DID NOT PROVIDE MRS. TOUMA WITH ANY EXPLANATION WHY HE WANTED HER TO LEAVE; WHY HE WAS NOT GIVING HER THE "RIGHT TO SUE LETTER' AND WHY HE WANTED TO BE WITH MRS. TOUMA IN A ROOM ALONE.
H.    MR. GUITIERREZ THREATED MRS. TOUMA THAT IF SHE DOES NOT LEAVE THE EEOC OFFICE; HE WAS GOING TO CALL SECURITY.
I.    MR. GUTIERREZ CALLED SECURITY ON MRS. TOUMA.
J.    MR. GUTIERREZ ACCUSED MRS. TOUMA OF YELLING/SCREAMING AND USING RACIAL LANGUAGE.
K.    MR. GUTIERREZ TOLD OFFICER LYND THAT FOUR EEOC EMPLOYEES (UNKNOWN NAMES) WERE ALSO ACCUSING MRS. TOUMA OF YELLING/SCREAMING AND USING RACIAL LANGUAGE.

To Whom It May Concern:

My name is Marilu Touma.  I am a disable woman.

1. On or about February 5,2018; I went to EEOC office in Los Angeles, CA. The advised was to come to the office early and prepare with complaint.
2. On February 15, 2018 I went to file my RACIAL/NATIONAL/DISABILITY Discrimination case.  Interviewer supposed to issue RIGHT TO SUE LETTER.
3. I was abused/discriminated/insulted/humiliated/thrown out of the Federal building/physically inimidated/accused of yelling/screaming and being RACIST by Mr. RAMINO GUITIERREZ AND FOUR EEOC FEDERAL EMPLOYEES.
4. Contact Federal Protective Service to get Incident Report.  Informed Mr. Lynd this incident was going to be include in the lawsuit. Tried to reach Officer Lynd three times, No response.
5. Email complaint to Brandy Payne and request to forwarded to Director Mrs. Rosa Viramontes.  Mrs. Payne told me she would forwarded to the Director. No calls. No answer from director.
6. Fax the complaint to Mrs. Barbara Tucker.  Left two messages; no response from her.
7. On February 23, 2018 contacted EEOC; adviced me to write to EEOC Headquarter in Washinton.
8. To this day I  HAVE NOT RECEIVED THE RIGHT TO SUE LETTER.
9. I am requesting the Washington Headquarter office to process my claim and to issue the RIGHT TO SUE LETTER.

I went to the EEOC office to file a RACIAL/NATIONAL/DISABILITY DISCRIMINATION claim and I was denied that RIGHT. Instead

Mr. Ramiro Gutierrez and four EEOC employees accused me of yelling/screaming and using RACIAL language.

I was in the EEOC office approximately since 11:45 am (est) Mr. Ramiro Gutierrez and/or any of the four EEOC employees never contacted security officers with the accusations that I was yelling/screaming and using racial language.

At 1:45 p.m. (est) Mr. Ramiro Gutierrez used physical aggression to intimidate me and to order me to go to a room with him alone.  When I refused; left the EEOC office and came back for the "Right to sue Letter".
Mr. Ramiro Gutierrez told me to leave the EEOC office; contacted security to remove me from the EEOC office and accused me of yelling/screaming and using racial language.
Mr. Ramiro Gutierrez told officer Lynd there were Four EEOC employees (Unknown names) that were also accusing me of yelling/screaming and using racial language.

I FIRMLY DENIED ALL THOSE ACCUSATIONS DESCRIBED ABOVE THAT WERE DELIBERATE FABRICATED BY MR. RAMIRO GUTIERREZ AND FOUR EEOC EMPLOYEES AGAINST MY PERSONA WITH THE SOLELY INTENTION TO SEVERLY DESTROY AND RUIN MY REPUTATION.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Date: 02-23-2018

Respectfully Submitted,

MARILU TOUMA /S/

Marilu F. Touma
4439 Murietta Avenue #20
Sherman Oaks, CA 91423
Telephone: 714-476-4608

February 15, 2018

Director, Rosa Viramontes
U.S. Equal Employment Opportunity Commission
Los Angeles District Office
Roybal Federal Building
255 East Temple St., 4th Floor
Los Angeles, CA 90012
1-800-669-4000
213-894-1118

RE: COMPLAINT AGAINST MR. RAMIRO GUITIERREZ, EEOC SUPERVISOR, MRS. ESCOBAR, SENIOR INTERVIEWER AND FOUR EEOC EMPLOYEES (UNKNOWN NAMES).

ALLEGATIONS:

A. MR. GUITIERREZ DENY MRS. TOUMA THE RIGHT TO PROCESS HER RACIAL/NATIONAL AND DISABILITY DISCRIMINATION CLAIM AT THE EEOC OFFICE.

B. MR. GUITIERREZ TREATED MRS. TOUMA DIFFERENTLY FROM OTHER PEOPLE AT THE EEOC OFFICE.

C. MR. GUITIERREZ REFUSED TO GIVE MRS. TOUMA THE "RIGHT TO SUE LETTER".

D. MR. GUITIERREZ USED PHYSICAL AGGRETION TO INTIMIDATE MRS. TOUMA AND TO ORDERED HER TO GO TO A ROOM WITH HIM ALONE.

E. MR. GUITIERREZ USED VERBAL INTIMIDATION TO ORDER MRS. TOUMA TO GO TO A ROOM WITH HIM ALONE.

F. AFTER, MRS. TOUMA REFUSED TO BE IN A ROOM ALONE WITH HIM; MR. GUTIERREZ TOLD MRS. TOUMA TO LEAVE THE EEOC OFFICE.

G. MR. GUITIERREZ DID NOT PROVIDE MRS. TOUMA WITH ANY EXPLANATION WHY HE WANTED HER TO LEAVE; WHY HE WAS NOT GIVING HER THE "RIGHT TO SUE LETTER' AND WHY HE WANTED TO BE WITH MRS. TOUMA IN A ROOM ALONE.

H. MR. GUITIERREZ THREATED MRS. TOUMA THAT IF SHE DOES NOT LEAVE THE EEOC OFFICE; HE WAS GOING TO CALL SECURITY.

I. MR. GUTIERREZ CALLED SECURITY ON MRS. TOUMA.

J. MR. GUTIERREZ ACCUSED MRS. TOUMA OF YELLING/SCREAMING AND USING RACIAL LANGUAGE.

**K.  MR. GUTIERREZ TOLD OFFICER LYND THAT FOUR EEOC EMPLOYEES (UNKNOWN NAMES) WERE ALSO ACCUSING MRS. TOUMA OF YELLING/SCREAMING AND USING RACIAL LANGUAGE.**

Mrs. Rosa Viramontes:

My name is Marilu Touma.  I am a disable woman.

On or about February 5, 2018; I went to file TWO claims of RACIAL/ NATIONALITY/ DISABILITY Discrimination at the EEOC.  I was a walk-in.

Since, it was late in the afternoon; Mrs. Williams ONLY reviewed ONE claim. The case was closed and I was advice to file the claim with HUD.

For the SECOND claim; I verbally explained the allegations to Mrs. Tucker and Mrs. Williams.
I was advice:

a. To come prepare with the claim.
b. Come early.
c. An interview would take place.
d. The interviewer will be issuing a "Right to Sue Letter".
e. If the EEOC decides not to investigate the case; a denial letter would be provide to me with the name of the person that made the decision.

On February 15, 2018 I went to EEOC to file my claim.

It was around 11: 35 a.m. (est.) Can be review by Roybal Federal Building cameras at the 255 East Temple Entrance.

A male employee (Unknown name) asked me to register.  I told him I was already register in the system. Then, he left and went to help another person.

Then, Mr. Richard Shoulders started to read my complaint and asked me several questions about my claim. I answered his questions. Then, he checked the computer and told me my complaint was closed and that there were a lot notes and codes in the system.

I explained to Mr. Richard that the first claim was closed; but I was there to file a second complaint and that the second complaint was not been reviewed by anyone at the EEOC office; but my information was there in the system.

Mr. Richard received a phone called; Mr. Richard said "everything is ok".

Then, Mr. Richard told me that it was his boss; Mr. Ramiro Gutierrez and that he told him to accept my complaint (stamp it) and that Mr. Ramiro would get back to me later. And that I can leave.

My claim was stamped with February 14, 2018 date; when in fact was February 15, 2018.

Since I arrived at the EEOC; Mr. Ramiro Gutierrez wanted me to leave the office and did not wanted to issue "The Right to Sue Letter".

I told Mr. Richard Shoulders that I spoke with EEOC supervisor, Mrs. Turner and that she said I could come as a walk-in; go through an interview and receive a "Right to Sue Letter".

> And asked him; why am I been treated differently?
> There was another lady who was also a walk-in and Mr. Gutierrez was not asking her to leave;  but she was getting help by several EEOC employees.

Mr. Richard Shoulders rapidly respond "Oh, you are a walk-in" and I said "Yes".
Mr. Richard told me in that case; "you do not need to speak with Mr. Gutierrez; Jackie would be doing your interview and she can issue the "Right-to-Sue Letter"".

He told me everyone is out to lunch and that I needed to wait for Jackie. Jackie was doing the walk-ins interviews.

Soon, after that Mr. Shoulders was substitute for another worker.

I was sitting waiting in the waiting room; talking to other people.

MRS. ESCOBAR

Around, 1: 45 p.m. Mrs. Escobar called my name and asked me to follow her to an office.  I followed Mrs. Escobar to her office. There were three EEOC females workers in the hallway looking at me. I did not know why.

- Mrs. Escobar went over some notes in the computer; asked me some questions and then asked me to wait outside.   She told me my case was closed and that Mr. Romero Gutierrez needed to open the claim. I went outside to the waiting room.
- Mrs. Escobar called me again to her office; and told me "you have to tell me what to write in the Discrimination form". I told her that I could not tell her what to write that she is the EEOC counsel and that she had a copy of my claim.
- While I was talking about my claim with Mrs. Escobar; out of the blue; Mrs. Escobar told me that the EEOC Director is Rosa Villamontes.  I told Mrs. Escobar that I knew the EEOC Director was Mrs. Villamontes. I do not know what she was trying to imply/convey with that statement.
- Mrs. Escobar repeatedly asked me to speak with Mr. Romero Gutierrez. I do not know why.  If Mr. Romero Gutierrez needed to speak with me about my claim; I did not have any problem to speak with him.

- The interview with Mrs. Escobar at her office took less than eight minutes approximately.

MR. RAMIRO GUITIERREZ

- During my visit at the EEOC office; I NEVER HAD ANY CONTACT (conversation) WITH MR. RAMIRO GUITIERREZ. Until this happen:
- Mr. Ramiro Gutierrez kept banging the door of Mrs. Escobar's office where I was having my interview. In one instance; I was able to glanced Mr. Ramiro Gutierrez making faces and signals to Mrs. Escobar. I did not know what to make out of that and I did not know what was going on. I continued talking/explaining to Mrs. Escobar my claim.
- Mrs. Escobar kept looking at the door and kept giving Mr. Gutierrez the thumps up. Again, I did not know what that meant and/or what was going on. I continued talking/explaining to Mrs. Escobar my claim.
- We got to the part of the allegations in the Discrimination form. Mrs. Escobar asked me to explain my RACIAL/NATIONAL AND DISABILITY DISCRIMINATION claim. I told Mrs. Escobar that I was in disability and I started to explain my claim to her; when out of the blue; I heard a big strong bung at the door. It seems like a strong bang with a close fist; I got scared and very quickly turned around and saw Mr. Gutierrez standing at the door and in a very aggressive/demanding /intimidated manner yelled at me "to step out of the office and to follow him to a room".
- I was in shocked; I asked him what was the problem and told him that I was explaining my claims to Mrs. Escobar. I turned to Mrs. Escobar and asked her: "is there any problem. I am explaining my claims to you.." Mrs. Escobar said that I was not following her counseling.
- I was numbed and confused. Mrs. Escobar was not counseling me. She asked me to explain my claims to her.
- I was still in shocked and confused and followed Mr. Ramiro Gutierrez to al room. The room did not have any windows and no one was there.
- Very quickly, Mr. Ramiro Gutierrez wanted to close the door; I was shaking; soon I realized what was going on; I told Mr. Gutierrez that I was not staying in that room with him alone and left the room and said: "I am calling the police". There were three EEOC females employees in the hall way witnessing all these events.
- Out of desperation; I called 911. Records indicate that I called at 1: 52 p.m.
- I went down to ask for help to the Marshalls. They told me 911 was not going to help me that LAPD do not have jurisdiction in a Federal Building.
- I told the three Marshalls what just happened to me at the EEOC Office.
- They advise me to go back and asked Mr. Ramiro Gutierrez for the "Right to Sue Letter".
- The interaction with the three Marshalls can be review by the Roybal Federal Building cameras at the 255 East Temple Entrance.
- I went back to the EEOC office; Mr. Gutierrez told me to leave.

COMPLAINT AGAINST EEOC AND ITS EMPLOYEES
PAGE 4

- I asked to speak with his supervisor; he told me that she was not there.
- Mr. Gutierrez did not give me any explanation why he wanted me to leave the EEOC office; why he wanted take me to a room and why he did not want to give me the "Right to Sue Letter".
- He threatened me to call security. I agreed with that. I wanted to know and to be in record why he was throwing me from the EEOC office; why he was not giving the "Right to sue letter" and why he wanted take me to a small room alone with him.
- Two officers came from two different law enforcement agencies. At that point, I felt a little bid safe; but I was still shaking.
- Officer Lynd talked very briefly with Mr. Ramiro Gutierrez.
- After that; Officer Lynd told me Mr. Ramiro Gutierrez wants you to leave the EEOC office. He is accusing you of yelling/screaming and using racial language and there are four EEOC employees (Unknown names) who are backing him up with those accusations.
- I asked Officer Lynd about the "Right to sue letter" and Mr. Ramiro Gutierrez very quickly replied "the charge letter would be mail to you".
- At this point, several EEOC employees started to return from LUNCH.
- I was escorted by two officers to the entrance of the Roybal Federal Building.

I went to the EEOC office to file a RACIAL/NATIONAL/DISABILITY DISCRIMINATION claim and I was denied that RIGHT. Instead

Mr. Ramiro Gutierrez and four EEOC employees accused me of yelling/screaming and using RACIAL language.

I was in the EEOC office approximately since 11:45 am (est) Mr. Ramiro Gutierrez and/or any of the four EEOC employees never contacted security officers with the accusations that I was yelling/screaming and using racial language.

At 1:45 p.m. (est) Mr. Ramiro Gutierrez used physical aggression to intimidate me and to order me to go to a room with him alone. When I refused; left the EEOC office and came back for the "Right to sue Letter".
Mr. Ramiro Gutierrez told me to leave the EEOC office; contacted security to remove me from the EEOC office and accused me of yelling/screaming and using racial language.
Mr. Ramiro Gutierrez told officer Lynd there were Four EEOC employees (Unknown names) that were also accusing me of yelling/screaming and using racial language.

I FIRMLY DENIED ALL THOSE ACCUSATIONS DESCRIBED ABOVE THAT WERE DELIBERATE FABRICATED BY MR. RAMIRO GUTIERREZ AND FOUR EEOC EMPLOYEES AGAINST MY PERSONA WITH THE SOLELY INTENTION TO SEVERLY DESTROY AND RUIN MY REPUTATION.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Date: 02-17-2018

Respectfully Submitted,

MARILU TOUMA /S/



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Brandy E. Payne
Executive Secretary
Office of the District Director

255 E Temple Street
4th Floor
Los Angeles, CA 90012

Telephone:    (213) 894-1112
Fax:    (213) 894-1118
Email: Brandy.Payne@eeoc.gov



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Barbara J. Tucker
Enforcement Supervisor
Los Angeles District Office

255 East Temple Street
4th Floor
Los Angeles, CA 90012

Telephone: (213) 894-1044
Fax:    (213) 894-1118

# FAX COVER

TO: MRS. BARBARA TUCKER

FROM: MARILU TOUMA

DATE: 2-20-2018

FAX: 213-894-1118

PAGES: 7 pogs

a - FAX COVER (1 peg)
b - Complaint letten (6 peges)

HP Officejet Pro 8620 Series

Fax Log for

Feb 20 2018 10:47AM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Feb 20 | 10:44AM | Fax Sent | 12138941118 | 2:50 N/A | 7 | OK |

Note:
    An image of page 1 will appear here only for faxes that are sent as Scan and Fax.

# U.S. Equal Employment Opportunity Commission

## Los Angeles District Office

| | |
|---|---|
| Location: | Roybal Federal Building<br>255 East Temple St., 4th Floor<br>Los Angeles, CA 90012 |
| Phone: | 1-800-669-4000 |
| Fax: | 213-894-1118 |
| TTY: | 1-800-669-6820 |
| ASL Video Phone: | 844-234-5122 |
| Director: | Rosa Viramontes |
| Regional Attorney: | Anna Y. Park |
| Office Hours: | The Los Angeles District Office is open Monday through Friday from 8:00 a.m. to 4:30 p.m. Office visitors must present a valid state or federal identification (i.e. state driver's license, state I.D. or U.S. passport) to gain entrance into the building. If you do not have a photo ID, please contact our office for additional information.<br><br>Although walk-ins are accepted, scheduling an interview is strongly recommended, and individuals with appointments will be given priority. If you choose to visit our office as a walk-in, we encourage you to come as early as possible. If you arrive in our office after 2:00 p.m., we cannot guarantee that the interview will be completed that day. We encourage you to schedule an interview through our online system. |
| Additional Information / POC | To submit an inquiry and schedule an appointment for an interview we encourage individuals to use the online system at https://publicportal.eeoc.gov/portal/. The system can also be accessed by going directly to our website at www.eeoc.gov. |



Federal Protective Service
~~~~~ 985   B – 157   } → Name of Officer

(877) 437-7411
         4711

213-894-3264

255 E. Temple St #1240 } → Address of FP Service
LA CA 90012   (SPS)
    (Marshall)

Incident
Rept # 18006895 Evnt Doc } → Incident Report
              Inctt

LYNO

Homeland Securty U.S.

      US – Marshall 213-894-2485
      – Rept / ___
Orange / SP           (SPS)
      – 34 Civic} Commander }
        SP CP} Mendero }
      – Commander /



**Sprint**

A6 of 9
Account Number: 537911850
Bill Period: Jan 21 - Feb 20, 2018

*Call Details - (714) 476-4608 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:10 am | (800) 638-9376 | Toll Free Call | AU | 40:00 | - |
| | 10:52 am | (213) 894-8000 | LOSANGELES,CA | AU | 02:00 | - |
| | 11:13 am | (818) 923-5038 | SNFN GRHL,CA | AU | 04:00 | - |
| | 12:33 pm | (310) 825-6911 | WLOSANGELS,CA | AU | 07:00 | - |
| | 01:46 pm | (714) 529-3661 | BREA,CA | AU | 20:00 | - |
| | 02:27 pm | (323) 296-4143 | LOSANGELES,CA | AU | 01:00 | - |
| | 02:29 pm | (213) 385-2977 | LOSANGELES,CA | AU | 03:00 | - |
| | 03:43 pm | (858) 472-6899 | RANCHOBNDO,CA | AU | 02:00 | - |
| | 03:45 pm | (714) 529-3661 | BREA,CA | AU | 06:00 | - |
| | 03:51 pm | (714) 290-5957 | ANAHEIM,CA | AU | 02:00 | - |
| | 03:53 pm | (888) 467-6256 | Toll Free Call | AU | 09:00 | - |
| | 04:01 pm | (714) 290-5957 | Incoming | CW/AU | 07:00 | - |
| | 04:24 pm | (619) 686-8715 | SNDG SNDG,CA | AU | 10:00 | - |
| | 04:55 pm | (415) 788-8866 | Incoming | AU | 20:00 | - |
| | 05:14 pm | (858) 472-6899 | Incoming | AU | 11:00 | - |
| Feb 13 | 08:46 am | (323) 533-6652 | LOSANGELES,CA | AU | 01:00 | - |
| | 08:51 am | (714) 529-3661 | BREA,CA | AU | 03:00 | - |
| | 08:57 am | (310) 825-6911 | WLOSANGELS,CA | AU | 02:00 | - |
| | 09:57 am | (818) 923-5038 | SNFN GRHL,CA | AU | 01:00 | - |
| | 09:58 am | (310) 825-6911 | WLOSANGELS,CA | AU | 09:00 | - |
| | 10:13 am | (888) 228-8988 | Toll Free Call | AU | 01:00 | - |
| | 10:14 am | (888) 338-8988 | Toll Free Call | AU | 03:00 | - |
| | 10:18 am | (888) 338-8988 | Toll Free Call | AU | 04:00 | - |
| | 12:59 pm | (714) 529-3661 | BREA,CA | AU | 02:00 | - |
| | 01:39 pm | (714) 529-3661 | BREA,CA | AU | 13:00 | - |
| | 02:30 pm | (714) 529-3661 | BREA,CA | AU | 02:00 | - |
| | 03:48 pm | (714) 290-5957 | ANAHEIM,CA | AU | 01:00 | - |
| | 03:51 pm | (858) 472-6899 | RANCHOBNDO,CA | AU | 01:00 | - |
| | 04:03 pm | (714) 290-5957 | Incoming | AU | 03:00 | - |
| | 04:45 pm | (858) 472-6899 | Incoming | AU | 06:00 | - |
| | 08:17 pm | (714) 529-3661 | BREA,CA | AU | 01:00 | - |
| | 08:18 pm | (714) 290-5957 | ANAHEIM,CA | AU | 01:00 | - |
| Feb 14 | 12:09 am | (714) 529-3661 | BREA,CA | NW/AU | 13:00 | - |
| | 11:55 am | VoiceMail | FULLERTON,CA | AU | 01:00 | - |
| | 11:56 am | (714) 529-3661 | BREA,CA | AU | 07:00 | - |
| | 05:42 pm | (714) 529-3661 | BREA,CA | AU | 11:00 | - |
| | 07:38 pm | (714) 529-3661 | Incoming | AU | 02:00 | - |
| | 08:13 pm | (714) 529-3661 | BREA,CA | AU | 03:00 | - |
| Feb 15 | 08:33 am | (714) 529-3661 | BREA,CA | AU | 23:00 | - |
| | 12:11 pm | (714) 625-3346 | SANTA ANA,CA | AU | 01:00 | - |
| | 12:11 pm | (714) 825-3000 | SANTA ANA,CA | AU | 01:00 | - |
| | 12:19 pm | (714) 825-3000 | SANTA ANA,CA | AU | 04:00 | - |
| | 12:23 pm | (714) 825-3000 | SANTA ANA,CA | AU | 06:00 | - |
| | 01:40 pm | VoiceMail | FULLERTON,CA | AU | 01:00 | - |
| | 01:52 pm | (000) 000-0911 | Emergency | FC | 01:00 | - |
| | 02:31 pm | (714) 529-3661 | BREA,CA | AU | 02:00 | - |
| | 03:36 pm | (714) 529-3661 | BREA,CA | AU | 41:00 | - |
| | 04:36 pm | (323) 653-6530 | LOSANGELES,CA | AU | 06:00 | - |
| | 04:52 pm | (714) 529-3661 | BREA,CA | AU | 02:00 | - |
| | 04:54 pm | (000) 000-0411 | Sprint 411 | DA | 03:00 | $1.99 |
| | 04:57 pm | (714) 290-5957 | ANAHEIM,CA | AU | 01:00 | - |
| | 05:19 pm | (714) 290-5957 | Incoming | AU | 01:00 | - |
| | 06:38 pm | (818) 501-6471 | VAN NUYS,CA | AU | 04:00 | - |
| | 06:41 pm | (714) 529-3661 | BREA,CA | AU | 07:00 | - |

*Call Details - (714) 476-4608 - Voice continues...*

**Rate Type**

AU   Anytime/Plan Usage
CW   Call Waiting
DA   Directory Assistance
FC   Free Call
NW   Night and Weekends

# EXHIBIT S

# U.S. Equal Employment Opportunity Commission
## Los Angeles District Office

255 E. Temple St. 4th Floor
Los Angeles, CA 90012
Fax: (213) 894-1118
(213) 894-1000
TTY (213) 894-1121

Respondent: INCOME SUPPORT SERVICES
EEOC Charge No.: 480-2018-01712
FEPA Charge No.:

June 12, 2018

Marilu F. Touma
4439 Murietta Avenue#20
Sherman Oaks, CA 91423

Dear Touma:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to California Department Of Fair Employment & Housing 2218 Kausen Drive Suite 100 Elk Grove, CA 95758 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Antwan D. Matthews
Investigator
(213) 894-1090

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2018-01712 |

California Department Of Fair Employment & Housing _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Marilu F. Touma | (714) 476-4608 | 1968 |

Street Address                                          City, State and ZIP Code

4439 Murietta Avenue#20, Sherman Oaks, CA 91423

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Department of Social Services Orange County (Income Support Services) | 500 or more | (714) 834-5315 |

Street Address                                          City, State and ZIP Code

333 W. Santa Ana Blvd. Santa Ana, CA 92701

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
|  |  |  |

Street Address                                          City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 05-01-2017   Latest 01-01-2018

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I attempted to be a Provider/Legal Representative of my mother beginning May 1, 2017. Diane Arteaga (Social Worker) denied my attempts to be a Provider/Legal Representative.

Diane Arteaga did not provide a reason as to why I was denied the chance to be a Provider/Legal Representative for my mother.

I believe that I have been discriminated against because of my national origin in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# EXHIBIT T



**SOCIAL SERVICES AGENCY
ADULT PROTECTIVE SERVICES**

**JEFF MOLINA**
SENIOR SOCIAL WORKER
(714) 815-1259



# ADULT PROTECTIVE SERVICES

### ORANGE COUNTY SOCIAL SERVICES AGENCY
### PROTECTING ORANGE COUNTY ELDER AND DEPENDENT ADULTS

Adult Protective Services (APS) is a program designed to prevent and remedy the abuse, neglect, or exploitation of elders and dependent adults who have been harmed or are at risk of harm.

**Elder**: Any person age 65 or greater.

**Dependent Adult**: Any person between the ages of 18 and 64 years, who has physical or mental limitations that restrict his or her abilities to carry out normal activities or to protect his or her rights or whose physical or mental abilities have diminished because of age.

## FUNCTIONS OF APS:

- Investigate suspected abuse of elders and dependent adults
- Establish linkages with local community agencies
- Provide crisis intervention

## WHAT APS MAY NOT DO:

- Remove a client from their home or shelter against their will
- Force a client to accept services.

*The APS program is not intended to interfere with the lifestyle choices of elders or dependent adults, or to protect those individuals from all the consequences of such choices.*

*If you, or someone you know is the victim of abuse, please call:*

# (800) 451-5155

### APS EMERGENCY RESPONSE IS AVAILABLE 24 HOURS A DAY

## TYPES OF ABUSE:

**Physical Abuse:** Assault/battery (beating, slapping, pushing, kicking), sexual exploitation, restrictions on freedom of movement, overmedication, withholding food or water.

**Financial Abuse:** The illegal or improper exploitation of funds or other resources, including theft, extortion, and fraud.

**Psychological Abuse:** Verbal harassment, threats, or other intimidating behavior that results in fear, agitation, confusion, severe depression or other forms of serious emotional distress.

**Neglect:** Failure of a caregiver to provide basic necessities such as adequate food or water, shelter, medical treatment or personal care.

**Abandonment:** The desertion or willful forsaking of an elder or dependent adult by anyone having care or custody of that person under circumstances in which a reasonable person would continue to provide care and custody.

**Abduction:** The removal from this state and the restraint from returning to this state of any elder or dependent adult who does not have the capacity to consent to this removal.

**Isolation:** Actions which prevent an elder or dependent adult from receiving mail or telephone calls. Falsely telling callers or prospective visitors that the elder or dependent adult does not want contact, if the purpose is to prevent contact with family, friends, or concerned persons. Isolation includes false imprisonment and physical restraints, which prevent an elder or dependent adult from meeting with others.

**Self-Neglect:** An elder or dependent adult is unable to manage his/her personal needs in the areas of health care, food, shelter or finances, or cannot handle the basic activities of daily living.




**In-Home Supportive Services**

**Public Authority**

# CONFIDENTIALITY IS MANDATED BY LAW

The Consumer's confidential information is protected by state law (California W & I Code, Section 10850). Violating a Consumer's confidentiality may be punishable by a fine and/or imprisonment.

You may not disclose any information about an IHSS Employer/Consumer except for the provision of information to public agencies to the extent required for purposes directly connected with the administration of public social services.

Confidentiality: 11/4/13

Main:  714-825-3174     .     Fax:   714-825-3212     .     www.ocgov.com/publicauth.com