UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 19-2412-VBF (KS)                                         Date: June 4, 2020

Title   *Marilu F. Touma v. The EEOC et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 13, 2019, Marilu F. Touma ("Plaintiff"), a California resident proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint against a multitude of federal and local actors for violations of 42 U.S.C. §§ 1981, 1983, and 1985, the Americans with Disabilities Act ("ADA"), and California state law.  (Dkt. Nos. 1, 3, 8.)  On January 9, 2020, the Court dismissed the Complaint for failure to state a claim upon which relief could be granted and ordered Plaintiff to file either a First Amended Complaint or a Notice of Voluntary Dismissal within 21 days.  (Dkt. No. 10.)  Plaintiff then filed a motion to disqualify United States District Judge Valerie Baker Fairbank and United States Magistrate Judge Karen L. Stevenson from the case.  (Dkt. No. 11.)  On April 22, 2020, the Court denied Plaintiff's disqualification motion.  (Dkt. No. 13.)  On April 23, 2020, the Court gave Plaintiff 21 days to file a First Amended Complaint that complied with its January 9, 2020 Order.  (Dkt. No. 14.)

Three weeks have now passed since Plaintiff's First Amended Complaint was due, and Plaintiff has not filed either a First Amended Complaint or a Notice of Voluntary Dismissal, nor has he otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 19-2412-VBF (KS)                                      Date: June 4, 2020

Title   *Marilu F. Touma v. The EEOC et al*

      However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 25, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why she failed to comply with the Court's prior orders; or (2) a First Amended Complaint correcting the deficiencies identified in the Court's January 9, 2020 Order.  Alternatively, if Plaintiff does not wish to pursue this action, she may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

      **Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

      The Clerk is directed to send Plaintiff a copy of the Court's January 9, 2020 Order (Dkt. No. 10) and the Central District's standard civil rights complaint form.

      **IT IS SO ORDERED.**

      :
**Initials of Preparer**   gr