# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILU F. TOUMA, | ) NO. SA CV 19-02412-VBF (KS) |
|       Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF UNITED |
| THE E.E.O.C., et al., | ) STATES MAGISTRATE JUDGE |
|       Defendants. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. The Court accepts the findings and recommendations in the Report. Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: September 18, 2020

                                                  VALERIE BAKER FAIRBANK
                                                  UNITED STATES DISTRICT JUDGE