JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILU F. TOUMA, | ) NO. SA CV 19-02412-VBF (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| | ) |
| THE E.E.O.C., et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 18, 2020

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1